**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO: 5:18-CV-495
*ELECTRONICALLY FILED***

**ANDRE PENDERMON**                                            **PLAINTIFF**

**v.**

**TAMI HOUNSHELL**                                             **DEFENDANT**

## MOTION FOR SUMMARY JUDGMENT

Defendant Tami Hounshell ("Nurse Hounshell"), pursuant to Federal Rule of Civil Procedure 56 moves this Court for summary judgment as there are no genuine issues of material fact and she is entitled to judgment as a matter of law. A memorandum in support is tendered herewith.

                                                           Respectfully submitted,

                                                           *s/Margaret Jane Brannon*
                                                           Margaret Jane Brannon
                                                           Jackson Kelly PLLC
                                                           175 East Main Street, Suite 500
                                                           Lexington, Kentucky 40507
                                                           (859) 255-9500
                                                           mjbrannon@jacksonkelly.com
                                                           *Counsel for Defendant Tami Hounshell*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and by U.S. Mail, postage pre-paid, to the following:

Andre Pendermon
20066
Montgomery County Regional Jail
751 Chenault Lane
Inmate Mail/Parcels
Mount Sterling, KY 40353

                                    *s/Margaret Jane Brannon*
                                    Margaret Jane Brannon
                                    *Counsel for Defendant Tami Hounshell*