SHP-Pendermon_000001

# Rebook History For PENDERMON, ANDRE SA'MONE (120959)

## Booking #: 120959

| Book Date | Booking/Rebook Officer | Release Date | Release Code Description | Release Type | Releasing Officer | Length Of Stay |
|---|---|---|---|---|---|---|
| 05/25/2017 16:13 | JONES, TOM | 07/04/2018 10:59 | CLAY | TEMP | JONES, TOM | 404 days, 18 hrs, 46 min. |

Release Comments: temp out to clay

| 07/11/2018 16:46 | LAGRANGE, J.J. LEE | 08/09/2018 22:44 | CLAY | TEMP | Rawlins, Jason S. | 29 days, 5 hrs, 58 min. |

Release Comments: Transported to Clay County By 646

Booking Incarceration Time: 434 days, 0 hrs, 44 min.

Total Time Incarcerated: 434 days, 0 hrs, 44 min.

Boolud 5/25

EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Kentucky

| | |
|---|---|
| ANDRE S. PENDERMON ) <br> ) <br> ) <br> ) <br> _____ ) <br> *Plaintiff(s)* ) <br> v. ) <br> "NURSE TAMMY" ) <br> ) <br> ) <br> _____ ) <br> *Defendant(s)* ) | Civil Action No.  5:18-cv-495-CHB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* "Nurse Tammy"
    Madison County Detention Center
    107 West Irvine Street
    Richmond, KY  40475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andre S. Pendermon
                                        Clay County Detention Center
                                        67 Shamrock Road
                                        Manchester, KY  40962

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____08/21/2018_____       **Robert R. Carr, Clerk**     stc
                                   _____
                                   *Signature of Clerk or Deputy Clerk*

SHP-Pendermon_000002

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:18-cv-495-CHB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

SHP-Pendermon_000003

Case: 5:18-cv-00495-CHB   Doc #: 1   Filed: 08/16/18   Page: 1 of 8 - Page ID#: 4

**Eastern District of Kentucky**
**FILED**

**EDKy 520** (Rev. 02/14) Complaint under §1983 or Bivens Action

AUG 1 6 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
_____ DIVISION at _____

CIVIL ACTION NO. _____        (Court Clerk will supply)

Andre' S. Pendermon
**PLAINTIFF**

VS:

Madison County Detention
Center ₃ Southern       (do not use "et al.",
Health Partners            enter full names)
Medical Staff

_____

**DEFENDANTS**

**I.    Plaintiff:**

  A.  Name (list any aliases): Andre' S. Pendermon

  B.  Prisoner ID #: _____   Check one: Convicted _____   Pretrial Detainee ✓

  C.  Place of present confinement: Clay County Detention Center

  D.  Address: 67 Shamrock Rd. Manchester KY 40962

**II.   Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

  A.  Defendant's Name: Tammy
    Title or Position: Nurse
    Place of Employment: Madison County Detention Center
  B.  Defendant's Name: Sherry Macintosh
    Title or Position: receptionist
    Place of Employment: Madison County Detention Center

Page 1 of 8

SHP-Pendermon_000004

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: _Tommy Allen_
   Title or Position: _Class D Coordinator_
   Place of Employment: _Madison County Detention Center_

D. Defendant's Name: _Doug Thomas_
   Title or Position: _Deputy Jailer_
   Place of Employment: _Madison County Detention Center_

E. Defendant's Name: _Roy_
   Title or Position: _Doctor_
   Place of Employment: _Madison County Detention Center_

## III.   Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph.  (If you need more space, you may attach extra sheets).

A.  What happened?  Explain specifically what each Defendant did or failed to do.

_I have had blood in my stool since October of 2017. Nurse Tammy had me to see the doctor who's name is Roy. Dr. Roy told me there was nothing he could do for me, and that I needed to see an GI specialest, but the only I could do so was if I had my own medical insurance. I do have my own medical insurance and had my mother send my Card. After Nurse Tammy recieved my Card she refused to make me an appointment. Sherry Macintosh opened requests that I wrote asking for copies of the medical requests and grievances concerning my medical issues. Doug Thomas the Deputy Jailer did not do anything to take care_

SHP-Pendermon_000005

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

of my medical needs. Nurse Tammy also told me it was to much paper work to fill out, and I needed to have some test ran that she didn't feel like scheduling.

**B. When did these events happen?**

Medical Requests Filed: 10/24/17 bleeding when poop 11/20/2017 I need a stool softner 12/02/17 havent shit in a week 02/07/18 still bleeding bright red with dark clots when poop 03/05/18 Bad Stomache pains 03/07/18 still having bad stomache pains 03/15/18 lot of blood in stool 03/19/18 bleeding worse bright red with dark clots   Staff Request Filed: 03/14/18 The doctor said I needed to see a GI specialest for life threating issues   Grivences Filed: 03/19/18 Been Complaining of Medical problems since 10/24/18   04/03/18 Acknowledgement of Medical problems and what MCDC Doctor refered

Page 3 of 8

SHP-Pendermon_000006

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C.  Where did these events happen?

*Madison County Detention Center*

D.  What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated?  State the specific constitutional provision or law if you know it.

*Fail to meet Medical needs*

## IV.   Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A.  **Federal Prisoners** answer the following:

1.  Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES (___)  NO (___)

2.  If so, did you (check **ALL** that apply):
    _____  file a request or appeal to the Warden _____ date
    _____  appeal to the Regional Director _____ date
    _____  appeal to the Office of General Counsel _____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

Page 4 of 8

SHP-Pendermon_000007

Case: 5:18-cv-00495-CHB   Doc #: 1   Filed: 08/16/18   Page: 5 of 8 - Page ID#: 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

    4.  What was the result? _____

_____

_____

_____

    5.  If you did not file a grievance, why not? _____

_____

_____

_____

B.  **State Prisoners** answer the following:

    1.  Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES ( ___ )  NO ( ___ )

    2.  If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

    _____ file a grievance and seek an informal resolution    _____ date
    _____ request a hearing from the Grievance Committee    _____ date
    _____ appeal to the Warden    _____ date
    _____ appeal to the Commissioner    _____ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
    YES ( ___ )  NO ( ___ )

            _____ date

    3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4.  What was the result? _____

_____

_____

_____

    5.  If you did not file a grievance, why not?

_____

_____

_____

Page 5 of 8

SHP-Pendermon_000008

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

**C.   County or City Prisoners answer the following:**

1. Is there a grievance/appeal policy at your jail?   YES (✓)   NO (__)
2. ATTACH a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

   *First write staff and Medical request. Then File Grivences*

3. Did you file a grievance regarding these facts?   YES (✓)   NO (__)
4. If you filed a grievance:

   a. What steps did you take to use the grievance process?   *I filed a Grievance and let it be known of Medical problems, after I had filed several medical requests and staff requests*

   b. What was the result?   *I was told to talk to medical staff on one and on another one I was told I had an appointment being made*

   c. If unsuccessful, did you file an appeal?   YES (✓)   NO (__)

   d. What was the result?   *No response*

   e. Did you take any further steps in the grievance process?
      YES (✓)   NO (__)   NO MORE AVAILABLE (__)

   f. What was the result?   *I told Capt. Thomas D Jones and he said he would check into the problem*

5. If you did not file a grievance, why not?: _____

---

Page 6 of 8

SHP-Pendermon_000009

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.   Have you filed any other lawsuit dealing with the same facts raised in this action?   YES ( __ )   NO ( ✓ )

B.   If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

*Madison County* _____

3. CASE NO.: _____   DATE FILED: _____

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.   List any other lawsuits that you have filed in any state or federal court:

1.   Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

2.   Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

Page 7 of 8

SHP-Pendermon_000010

◆EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

_I would like to be paid for pain and suffering, and also be seen by a doctor and have it paid for as well_

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____          _08/13/18_
Signature of Plaintiff       Prison ID#          Date

Plaintiff's Address: _67 Shamrock Rd_
_Manchester KY 40962_

Page 8 of 8

SHP-Pendermon_000011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

ANDRE S. PENDERMON,

    Plaintiff,

v.

NURSE TAMMY,

    Defendant.

Civil Action No. 5:18-CV-495-CHB

**ORDER GRANTING IN FORMA PAUPERIS STATUS AND REQUIRING RESPONSE**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Inmate Andre Pendermon has filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 [R. 1] and a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(b). [R. 2] The Court has reviewed the fee motion and will grant the request on the terms established by 28 U.S.C. § 1915(b). Because Pendermon has been granted pauper status in this proceeding, the separate $50.00 administrative fee is waived. District Court Miscellaneous Fee Schedule, § 14.

This matter is before the Court to conduct the initial screening required by 28 U.S.C. §§ 1915(e)(2), 1915A. *Hill v. Lappin*, 630 F. 3d 468, 470-71 (6th Cir. 2010). Pendermon indicates that he was previously incarcerated at the Madison County Detention Center ("MCDC"). He states that he experienced bloody stools beginning in October 2017, but that after "Dr. Roy" conducted a medical examination, the doctor told him that he would need to seek treatment from a gastroenterologist. When Pendermon provided a medical insurance card to "Nurse Tammy" at MCDC to obtain that care, she allegedly refused to make an appointment for him to be seen by a gastroenterologist. Pendermon also states that receptionist Sherry Macintosh opened his requests seeking copies of his earlier grievances and requests for medical care, and

1

that Deputy Jailer Doug Thomas did not ensure that he received proper medical care. Pendermon also names MCDC, Southern Health Partners, and Class D Coordinator Tommy Allen as defendants, but he makes no allegations against them. Pendermon seeks compensatory damages as well as medical care. [R. 1 at 1-3, 8]

To the extent Pendermon needs medical care at the present time, he must seek assistance from staff at the Clay County Detention Center where he is now confined. [R. 1 at 1] With respect to his past medical care, the Court must dismiss the claims against all defendants except "Nurse Tammy." While "Dr. Roy" did not provide treatment for Pendermon's condition, he appropriately referred him to a gastroenterologist so that he could receive it from a specialist. Plaintiff's allegations against "Dr. Roy" fail to state a claim of deliberate indifference to Pendermon's serious medical needs under the Eighth Amendment. Cf. *Rhinehart v. Scutt*, 894 F. 3d 721, 740-42 (6th Cir. 2018).

According to plaintiff, receptionist Sherry Macintosh merely opened his requests for copies of documents. Pendermon does not state or suggest any wrongdoing by Macintosh, and there is no indication that as a receptionist she was personally involved in making decisions regarding his medical care. To recover against a given defendant in a civil rights action, the plaintiff "must allege that the defendant [was] personally involved in the alleged deprivation of federal rights." *Nwaebo v. Hawk-Sawyer*, 83 F. App'x 85, 86 (6th Cir. 2003) (*citing Rizzo v. Goode*, 423 U.S. 362, 373-77 (1976)). Pendermon does not so allege here, and Macintosh will be dismissed as a defendant in this action.

Pendermon alleges that Deputy Jailer Thomas did not make sure that he received proper medical care, but this too fails to state a claim of constitutional dimension. Thomas is not liable merely because he played some supervisory role over the conduct of others; *respondeat superior*

2

SHP-Pendermon_000013

is not an available theory of liability in a civil rights action. *Ashcroft v. Iqbal*, 556 U.S. 662, 677 (2009) ("In a § 1983 suit or a *Bivens* action - where masters do not answer for the torts of their servants - the term 'supervisory liability' is a misnomer."); *Polk County v. Dodson*, 454 U.S. 312, 325-26 (1981). Finally, MCDC, Southern Health Partners, and Tommy Allen will be dismissed as defendants because Pendermon makes no allegations against them at all.

Pendermon's allegations that "Nurse Tammy" interfered with his ability to obtain medical care do warrant a response. Because the Court has granted Pendermon pauper status, the Clerk's Office and the United States Marshals Service ("USMS") will serve the defendants with a summons and copy of the complaint on his behalf. Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d).

Accordingly, it is **ORDERED** as follows:

1.      Pendermon's motion to proceed in forma pauperis **[R. 2]** is **GRANTED**.

2.      Because Pendermon has a negative balance in his inmate account, payment of the initial partial filing fee is **DEFERRED**.

3.      The Clerk of the Court shall open an account in Pendermon's name for receipt of the filing fee. The Clerk shall complete a Notice of Payment Form (Form EDKY 525) and shall send a copy of the Notice and this Order to the Jailer/Warden of the institution in which Pendermon is currently confined.

4.      Each month Pendermon's custodian shall send the Clerk of the Court a payment in an amount equal to 20% of his income for the preceding month out of his inmate trust fund account, but only if the amount in the account exceeds $10.00. The custodian shall continue such monthly payments until the entire $350.00 filing fee is paid.

SHP-Pendermon_000014

5.      The plaintiff's claims against the Madison County Detention Center; Southern Health Partners; receptionist Sherry Macintosh; Class D Coordinator Tommy Allen; Deputy Jailer Doug Thomas; and "Doctor Roy" are **DISMISSED**.

6.      A Deputy Clerk shall prepare a "Service Packet" for defendant "Nurse Tammy." Each Service Packet shall include:

        a.      a completed summons form;
        b.      the complaint [R. 1];
        c.      this Order; and
        d.      a completed USM Form 285.

7.      The Deputy Clerk shall deliver the Service Packet to the USMS in Lexington, Kentucky and note the date of delivery in the docket.

8.      The USMS shall make arrangements with officials at the Madison County Detention Center to personally serve the Service Packet upon "Nurse Tammy" by hand delivery at the Madison County Detention Center, 107 West Irvine Street, Richmond, Kentucky 40475.

This the 20th day of August 2018.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

4

SHP-Pendermon_000015

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

Inmate Name: Pendermon, Andre
DOB or ID#: _____
Allergies: NKDA

Start at top and write Subsequent orders below

**1** Date of Physician's Order: 2/9/18
DC CTM
Claritin 10mg PO dly X 14 days
R. Washington APRN / Rhapre L.

**2** Date of Physician's Order: 3/14/18
DC Prilosec
Zantac 150mg i PO BID
Nurse for APRN / J. ____ LPN

**3** Date of Physician's Order: 4/16/18
Claritin 10mg i PO 7 days
R. Washing / ____

**4** Date of Physician's Order: 5/15/18
Bactrum DST PO 43,0 4/100 ____
R. Washing ____

**5** Date of Physician's Order: 6/2/18
Tylenol 500mg i PO 13 10 ____
R. Washing / ____

**6** Date of Physician's Order: 9/12/18
Keflex 500 ii PO BID X10 days
Nurse for APRN / ____ LPN

SHP-Pendermon_000016

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

Inmate Name: Penderman, Andre

DOB or ID#: ████████

Allergies: NKA.

Start at top and write
Subsequent orders below

**1** — Date of Physician's Order: 10/24/17.
Occult Card given to pt for sample
after Card/Sample gave back to medical
Hemmoroid Supp — 1 Sup BID PRN
R Washington APRN / [illegible]

**2** — Date of Physician's Order: 11-20-17
1) Docusate 100mg PO qd
R Washington APRN / [illegible] LPN

**3** — Date of Physician's Order: 11-23-17
1) Z pack as directed
R Washington APRN / [illegible] LPN

**4** — Date of Physician's Order: 1/11/18
↑ colace 100mg BID
R Washington / [illegible]

**5** — Date of Physician's Order: 1-30-18
Pulsec 20 — OD X 30 [illegible]
[illegible] Noted 1/2/18 [illegible]

**6** — Date of Physician's Order: 2/6/18
CTM PO BID X 5 days
R Washington APRN / [illegible]

SHP-Pendermon_000017



**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

625-3152

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To: *Baptist Health Richmond*

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

Summary of positive findings, most recent history, physical exam including any diagnostic tests;
Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated.
Drug or ETOH treatment records; HIV/AIDs testing and diagnosis records,
Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports.
Any other medical/dental/psychiatric services I may have previously had, currently seeking, or future treatment plans;
Other Records: *all current*

This consent is subject to revocation at any time except to the extent SHP has already taken action in reliance on it. If not previously revoked, this consent will terminate within 120 days of the inmate's signature below.

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on-going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

**Please send requested documents to the following address:**   ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
County Name: Madison County Detention Center
Street Address: 107 W. Irvine Street
City/State/Zip: Richmond, Ky 40475   Phone/Fax: 859-624-4710 Phone
859-624-5452 Fax

Patient Name: *Penderman Andre*   Birth Date: *2/2/88*
Social Security Number: *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*   Dates of Service(s): *all current*
Inmate's Signature: *[signature]*   Date: *1/18/18*
Witness: *[signature]*   Date: *1/18/18*

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers of employees of or other as the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.

SHP Form 12/06

**You have been approved for Family Planning Services only.**

<u>What services are covered?</u>
Family Planning yearly exam, birth control, permanent sterilization procedures (vasectomy and tubaligation), lab tests and the first treatment for some Sexually Transmitted Infections.

<u>Where can I go for these services?</u>
To the doctor or clinic of your choice, your local health department and drug store.

# IMPORTANT NOTICE!

¡Importante! Por favor de traducir esta información immediatmente.
**(If you do not read English, please have this information translated immediately.)**

**Please read the instructions on the other side of this notice.**



SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES

ANDRE  PENDERMON
DOB
Medicaid Member Number:                    

ANDRE PENDERMON 1301994804



SC DHHS – Central Mail
P O Box 100101
Columbia, SC 29202-3101          000045

**THIS IS YOUR NEW SOUTH CAROLINA
HEALTHY CONNECTIONS
MEDICAID ID CARD**

ANDRE PENDERMON
995 BOYD ROAD
LAURENS, SC 29360



VF
000045
4/18/2018 7:39:00 AM

1
VF 2.xml

SHP-Pendermon_000019

## WHAT YOU NEED TO KNOW ABOUT YOUR NEW HEALTHY CONNECTIONS MEDICAID CARD

- You must show your card when you go to the drug store or to get medical care.
- If your card is lost, damaged or stolen, call (888) 549-0820 right away to get a new card.
- If your address changes or there are changes in your living situation, you must tell us within 10 days.

Selling, changing or letting someone else use your Healthy Connections Medicaid card is against the law. Those who do so will be prosecuted and lose Medicaid. If you think that someone is using another person's Medicaid card, please call the Medicaid Fraud Line at (888) 364-3224.

## South Carolina Health Information Exchange (SCHIEx)

Your health and the care you receive are very important to South Carolina Healthy Connections Medicaid. That is why we are participating in a statewide electronic system called the South Carolina Health Information Exchange (SCHIEx). This electronic system can help the healthcare providers you work with give you better care.

SCHIEx is a statewide effort that lets doctors, pharmacists and other healthcare providers look up your health facts for treatment purposes over a secure website. Your health record contains facts like your name and date of birth, and data about medical services and care you have received.

Because your privacy is very important, only approved users such as doctors, other healthcare professionals and their staff can access SCHIEx. They must have an ID to see information about you. All users must agree to keep your health facts private, and must follow all federal and state privacy laws.

While we hope you will participate in SCHIEx, it is not required. You may choose to stop at any time. Before deciding to stop, please keep in mind that data in SCHIEx can help you and your doctor make better choices about your care.

**If you do not want healthcare providers to see your health facts, or have questions, please call the Healthy Connections Member Services Center at (888) 549-0820.** Or, you may view a demonstration and get more information at www.schiex.org.



GREENVILLE SC 295

30 APR 2018 PM 4 L

Madison County Detention Ctr.
107 W. Irvine St
Richmond, KY 40475
Attn: Medical Staff

40475-143507

Ms. Angelia Crawford
995 Boyd Rd.
Laurens, SC 29360

SHP-Pendermon_000021

Rebook History For PENDERMON, ANDRE SA'MONE (120959)

## Booking #: 120959

| Book Date | Booking/Rebook Officer | Release Date | Release Code Description | Release Type | Releasing Officer | Length Of Stay |
|---|---|---|---|---|---|---|
| 05/25/2017 16:13 | JONES, TOM | 07/04/2018 10:59 | CLAY | TEMP | JONES, TOM | 404 days. 18 hrs, 46 min. |

Release Comments: temp out to clay

| 07/11/2018 16:46 | LAGRANGE, J.J LEE | 08/09/2018 22:44 | CLAY | TEMP | Rawlins, Jason S. | 29 days, 5 hrs, 58 min. |

Release Comments: Transported to Clay County By 646

Booking Incarceration Time: **434 days, 0 hrs, 44 min.**

Total Time Incarcerated: **434 days, 0 hrs, 44 min.**

Booked 5/25

Rebook History With Time Served
JailTracker TM Report Printed On 08/23/2018 at 09:52

SHP-Pendermon_000022

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: Pendermon, Andre | DOB: | SEX: M |
|---|---|---|
| Complaint: bloody stool | Injury/Condition Location | |
| Occurrence Date: | Have you had this before | When? |
| Today's Date: 10/24/17 | Nurse Name: BH | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| | | | |
|---|---|---|---|
| Level of Pain | Pain w/movement | Constant | Sore Throat |
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies _____ (if yes) describe _____  Any allergies NKA

Current medications: none.

Last Tetanus Shot _____  Further comments _____

B/P 149/117   Pulse 71   RESP 16   O2: 98   Weight: ____   Temp ____

### CLINICAL DATA: YOUR ASSESSMENT:

Check Only what applies based on your assessment:

| | | | |
|---|---|---|---|
| Deformity | Guarding | Limited ROM | Skin Warm |
| Skin Dry | Skin Cool | Skin Moist | Edema |
| Skin Flushed | Skin Pale | Redness | Scaly |
| Open Lesions | Pus | Hair Loss | Rash |
| Hives | Bleeding | Foul Odor | Swelling |
| Bruising | Oriented | Alert | Cooperative |
| Calm | Confused | Lethargic | Agitated |
| Steady Gait | Grips Good | Missing Filling(s) | Decayed Tooth |
| Laceration(s) | Skin Tags | GI Bowel Sound | Tenderness |
| Abdomen Soft | Abdomen Distended | Discoloration | Jaundice |
| Labored Breathing | Wheezing | Crackles | Ronchi |
| Glands Swollen | Coughing | Skin Turgor | Capillary refill |
| PERRLA | Pedal pulses | Resp Even | Resp Unlabored |

Does condition correspond with history given _____  If no, why _____

Other Information/Observation by Medical Staff: _____

(Next Page/Back Page)

Effective: February 2016

Confidential Medical Work Product

SHP-Pendermon_000023

# MEDICATION ADMINISTRATION RECORD

**MADISON CO JAIL (KY)**
**PENDERMON , ANDRE**
**Report Date: 4/25/2018**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ANITIDINE HCL 150MG TAB — 3/14/2018
TAKE ONE TABLET(S) BY MOUTH TWICE DAILY — 0700 / 1700

Colace 100 mg
↑ PO BID ×30 day — AM / PM

Claritin 10 mg
↑ PO g day ×30 day — AM

Bactrium D S
↑ PO BID ×100 mg — PM

STOCK # 506461

www.integrarxsupplies.com

STARTING FOR **05/01/2018**   THROUGH **05/31/2018**   Page 1 of 1

Physician: **WASHINGTON, ROY B APRN**

Allergies: **NO KNOWN DRUG ALLERGY**

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis
Medicaid Number   Medicare Number

Complete Entries Checked By:

RESIDENT: **PENDERMON, ANDRE**

D.O.B. **02/02/1988**   Sex **M**   Room **# 30**

Patient Code   SHP-Pendermon_000024

Title:   Date:
Admission Date

## NURSE'S MEDICATION NOTES

**Instructions:**
A. Put initials in appropriate box when medication is given.
B. Circle initials when medication is refused.
C. State reason for refusal on Nurse's Notes.
D. PRN medication. Reason given should be noted on Nurse's Notes
E. Indicate injection site (code).

**Result Codes:**
1. Effective
2. Ineffective
3. Slightly Effective
4. No Effect Observed

**Injection/Patch Site Code:**
1. Right Dorsal Gluteus
2. Left Dorsal Gluteus
3. Right Ventral Gluteus
4. Left Ventral Gluteus
5. Right Lateral Thigh
6. Left Lateral Thigh
7. Right Deltoid

8. Left Deltoid
9. Right Upper Arm
10. Left Upper Arm
11. Right Anterior Thigh
12. Left Anterior Thigh
13. Upper Back Left
14. Upper Back Right

15. Upper Chest Left
16. Upper Chest Right
17. To Right and Above Level of Umbilicus
18. To Left and Above Level of Umbilicus
19. To Right and Below Level of Umbilicus
20. To Left and Below Level of Umbilicus

DAY SHIFT ___ color ink ▶   EVENING SHIFT ___ color ink ▶   NIGHT SHIFT ___ color ink ▶

**Charting Codes:**
A. CHARTED IN ERROR   E. DRUG TEMPORARILY UNAVAILABLE   C. RESIDENT REFUSED   D. DAYS HELD IN NURSE'S JUDGEMENT DRUG INAPPROPRIATE OR NOT NEEDED AT THAT TIME.
E. RESIDENT VOMITED   F. ANY CUT MEDICATION, DOSAGE ABSORBED DOUBT DOUBLE.   F. RESIDENT OUT OF FACILITY.   G. SEE NURSE'S NOTES.   H. DRUG HOLIDAY.

| ATE / HOUR | MEDICATION / DOSAGE | ROUTE | REASON | INITIALS | RESULTS / RESPONSE | SIGNATURE/INITIALS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

SHP-Penderman_000025

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Penderson. Alrea | DOB | | SEX | M |
|---|---|---|---|---|---|
| Complaint: | Knott in Mouth. | Injury/Condition Location | L Cheek. | | |
| Occurrence Date: | 6/9/18 | Have you had this before | NO | When? | NA |
| Today's Date: | 6/11/18 | Nurse Name: | SL | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | | Pain w/movement | | Constant | | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | | Swelling | ✓ | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies _NO_ (if yes) describe _____

Current medications _See MAR_ Any allergies _NKA._

Last Tetanus Shot _2014._ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P _147/47._ Pulse _73_ RESP _18_

O2: _100'_ Weight: _187_ Temp _97.9_

Check Only what applies based on your assessment:

| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
|---|---|---|---|---|---|---|---|
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | ✓ | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | ✓ |
| Bruising | | Oriented | | Alert | ✓ | Cooperative | ✓ |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | ✓ | Pedal pulses | | Resp Even | ✓ | Resp Unlabored | ✓ |

Does condition correspond with history given _____ If no, why _____

Other Information/Observation by Medical Staff: _____

_____

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP-Penderson_000026



**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

# CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

## TREATMENT PLAN:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Follow TX Protocol | ✓ | Urine Dip Done | | Tetanus given | | Call 911 | |
| Wound Care Monitoring | | Medical Monitoring | ✓ | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | ✓ | Other: Describe Plan | | | |

PHYSICIAN ORDER: _See PD_

ADDITIONAL ASSESSMENT NOTES: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Medical Staff Signature: _Greenbell LPN_ Date: _6/12/8_
Physician/Provider initials: _____ Date: _6-6a18_

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000027

# Medical Request – #2,989,215

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 06/09/2018 5:44 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 06/10/2018 6:45 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

My jaw is irratated

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •    • • • • • • • • •    • • • • • • • • •    • • • • • • • • •    • • • • • • • • •    • • • • • • • • •    • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☑ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 06/11/2018 at 6:46 AM

SHP-Pendermon_000028

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Penderman Andru | DOB | ▮▮▮▮ | SEX | m |
|---|---|---|---|---|---|
| Complaint: | tooth ach | Injury/Condition Location | | | |
| Occurrence Date: | 3 - days | Have you had this before | NO | When? | |
| Today's Date: | 6/2/18 | Nurse Name: | SL | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | 10 | Pain w/movement | | Constant | | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | ✓ | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies ___N___ (if yes) describe_____

Current medications ___See MAR___ Any allergies ___NKDA___

Last Tetanus Shot ___ Further comments_____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P 142/? Pulse 82 RESP 18

O2: 97 Weight: 189 Temp 98

Check Only what applies based on your assessment:

| Deformity | | Guarding | | Limited ROM | | Skin Warm | |
|---|---|---|---|---|---|---|---|
| Skin Dry | | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | | Alert | ✓ | Cooperative | ✓ |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | ✓ | Capillary refill | |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | ✓ |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____

_____

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000029



**Southern Health
Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _Tyl 500mg T̄ BID x 30day_

**ADDITIONAL ASSESSMENT NOTES:** _Ø abscess note wisdom
tooth eruption_

Medical Staff Signature: _____   Date: _6/2/8_

Physician/Provider initials: _____   Date: _____

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000030

# Medical Request - #2,956,583

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 06/01/2018 6:00 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 06/01/2018 7:12 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I have a bad tooth that is very painful, can I please get a few IBprophen for pain

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date: 6/2/16 by: Sh

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 06/01/2018 at 7:12 AM

SHP-Pendermon_000031

**Southern Health Partners**
Your Partner In Affordable Inmate Healthcare.

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: Penderman, Andre | DOB | SEX M |
|---|---|---|
| Complaint: hydrocort Cream | Injury/Condition Location | |
| Occurrence Date: 5-20-K | Have you had this before: yes | When? |
| Today's Date: 5-29-18 | Nurse Name: | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy ✓ | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies NO (if yes) describe_____

Current medications See MAR. Any allergies NKA

Last Tetanus Shot unknown Further comments_____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P 143/93 Pulse 93 RESP 16
O2: 98 Weight: 187 Temp 98.1

Check Only what applies based on your assessment:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | ✓ | Alert | ✓ | Cooperative | |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | ✓ | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | ✓ | Pedal pulses | | Resp Even | ✓ | Resp Unlabored | |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____

_____

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP_Penderman_000032



**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

### TREATMENT PLAN:

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

PHYSICIAN ORDER: _D/O D/C monitor_

ADDITIONAL ASSESSMENT NOTES: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Medical Staff Signature: _Ouenshell LPN_   Date: _5/22/18_

Physician/Provider initials: _____ Date: _____

Confidential Medical Work Product                    Effective: February 2016

# Medical Request – #2,942,130

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 05/29/2018 6:19 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 05/29/2018 7:08 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I need medical attention

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •   • • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____  Resp_____  Pulse_____  B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

**Southern Health Partners**
*Your Partner in Affordable Inmate Healthcare*

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Pendermon, Andre | DOB | | SEX | M |
|---|---|---|---|---|---|
| Complaint: | face breaking out | Injury/Condition Location | Face | | |
| Occurrence Date: | yday | Have you had this before | yes | When? | recent |
| Today's Date: | 5-25-16 | Nurse Name: | Rhonda Craln | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area ✓ | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies __&__ (if yes) describe __NA__

Current medications __See MAS__   Any allergies __NKDA__

Last Tetanus Shot __2016__   Further comments __NA__

### CLINICAL DATA: YOUR ASSESSMENT:

B/P __145/105__   Pulse __74__   RESP __16__

O2: __94%W__   Weight: __189__   Temp __97.7__

Check Only what applies based on your assessment:

| | | | | | | |
|---|---|---|---|---|---|---|
| Deformity | Guarding | | Limited ROM | | Skin Warm | |
| Skin Dry | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | Skin Pale | | Redness | ✓ | Scaly | |
| Open Lesions | Pus | | Hair Loss | | Rash | |
| Hives | Bleeding | | Foul Odor | | Swelling | |
| Bruising | Oriented | | Alert | ✓ | Cooperative | ✓ |
| Calm | Confused | | Lethargic | | Agitated | |
| Steady Gait | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | Pedal pulses | | Resp Even | | Resp Unlabored | — |

Does condition correspond with history given __yes__   If no, why __No__

Other Information/Observation by Medical Staff: __See Bcas__

(Next Page/Back Page)

Confidential Medical Work Product   Effective: February 2016

 **Southern Health Partners**
Your Partner In Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | ✔ | Urine Dip Done | | Tetanus given | | Call 911 | |
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | ✔ | Advised to notify staff of any changes | ✔ | Other: Describe Plan | | | |

PHYSICIAN ORDER: Hydrocortisone Creame oneline dose.

ADDITIONAL ASSESSMENT NOTES: Facial breakout located on forehead.

Medical Staff Signature: Thedde Creer Un                     Date: 5-25-18

Physician/Provider initials:_____ Date:_____

Confidential Medical Work Product                     Effective: February 2016

# Medical Request - #2,929,867

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 05/25/2018 3:41 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 05/25/2018 6:08 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

my face is breaking out

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

◻ Patient was seen on this date:_____ by:_____

  Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

◻ Patient was referred to _____ for further evaluation/treatment plan.

◻ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

◻ Patient will be treated according to Treatment Protocol and/or Physician's Order.

◻ See Progress Note for Response to this Patient Sick Call Request.

◻ Patient was given medical instruction in regard to treatment plan.

◻ Patient advised to alert medical staff if condition worsens.

◻ Patient refused treatment – See Refusal of Treatment Form.

◻ Follow-Up Required?  If checked, date to be seen again_____

◻ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 05/25/2018 at 6:08 AM

SHP-Pendermon_000037

**PROGRESS NOTES**

| List Date/Time | Inmate's Name: (Last, First) *Pendermon Andre* | D.O.B.: | Allergies: *NKDA* |
|---|---|---|---|

| List Date/Time | |
|---|---|
| 2-27ray | Pt with L see eye Dr for vision changes & Headaches Headaches resolved with glasses Pt will schedule Appt with Eye Dr, Plan: Pt H/Uwk occasional for blood in stool, skin Pink [illegible] Pt's |
| 5-4-18 | Received pt insurance Card in mail Pt's insurance is State insurance out South Carolina. Medical has Called numerous gastroenterologist & can not find one in Ky to take pt insurance Medical has spoke with Deputy Johnson about this issue & he is checking to see if the Jail Will cover without insurance → Heinsell RN |
| 5/24/18 | Ins nurse. Was told to go ahead & make pt apt for his GERD. Medical Called Dr Khan Ky Gastro & UK for appt. Each place wants Gastro testes done before appt made. Medical told Deputy Johnson & was told he would Check into this → Heinsell LPN |

| List Date/Time | Inmate's Name: (Last, First) | D.O.B.: | Allergies: |
|---|---|---|---|

 **Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | ✓ | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _____

_____

**ADDITIONAL ASSESSMENT NOTES:** _Started on Bactrum_
_last pm well monitor_
_go soe throat redness seen_

Medical Staff Signature: _Renn_          Date: 5/19/18

Physician/Provider initials: _____ Date: _____

# Medical Request – #2,905,996

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 05/19/2018 5:32 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 05/19/2018 5:51 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

### Request

Nature of problem or Request (be specific):

My throat is sore and I have a head ache

### Response

This request has NOT been responded to as of this printing.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date: _5/19/15_ by:_____

Patient's Vital Signs: Temp _98.1_ Resp _18_ Pulse _100_ B/P _157/92_

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 05/19/2018 at 5:51 AM

Page 1 of 1
SHP-Pendermon_000040

**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: Penderson Andrea | DOB | SEX M |
|---|---|---|
| Complaint: med ? | Injury/Condition Location | |
| Occurrence Date: 5/15/16 | Have you had this before: yes | When? long time ago |
| Today's Date: 5/18/16 | Nurse Name: Greenshall LPN | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | 10 | Pain w/movement | ✓ | Constant | ✓ | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | ✓ | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies **NO** (if yes) describe _____
Current medications **See MAR**   Any allergies **NKA**
Last Tetanus Shot **2014**   Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:
B/P 142/96  Pulse 86  RESP 18
O2: 98  Weight: 189  Temp 98.4

Check Only what applies based on your assessment:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | ✓ |
| Bruising | | Oriented | | Alert | ✓ | Cooperative | ✓ |
| Calm | | Confused | | Lethargic | | Agitated | |
| Steady Gait | ✓ | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | | Pedal pulses | ✓ | Resp Even | ✓ | Resp Unlabored | |

Does condition correspond with history given _____ If no, why _____

Other Information/Observation by Medical Staff: _____

**(Next Page/Back Page)**

Confidential Medical Work Product     Effective: February 2016

**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

PHYSICIAN ORDER: _NO N/O monitor_

ADDITIONAL ASSESSMENT NOTES: _Explained to pt that Bactrim Was ordered, As soon as it Comes from Pharmacy it will be Started_

Medical Staff Signature: _____ LPN      Date: 5/8/__

Physician/Provider initials: _____ Date: _____

Confidential Medical Work Product                Effective: February 2016

# Medical Request - #2,901,923

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 05/18/2018 6:54 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 05/18/2018 7:06 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

Did you find out anything about my Dr. appointment. And I need an antibiotic for my arm pits

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

## Southern Health Partners

# CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Pender man Andre | DOB | | SEX | m |
|---|---|---|---|---|---|
| Complaint: | Lesion (L) | Injury/Condition / Location | | | |
| Occurrence Date: | ZWKS | Have you had this before | | | |
| Today's Date: | 5/15/16 | NO | When? | | |
| | Nurse Name: | Sk | | | |

## CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | | Constant | ✓ | Sore Throat | |
|---|---|---|---|---|---|---|
| Numbness | Tenderness | ✓ | Swelling | | Lesions | ✓ |
| Bruising | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | Red area | | Itchy | | Dizziness | |
| Nausea | Vomiting | | Cramping | | Rectal Pain | |
| Fever | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | |

Any chronic conditions or bleeding tendencies ___NU___ (if yes) describe ___

Current medications ___see YMAR___ Any allergies ___NKDA___

Last Tetanus Shot ___ZOI U___ Further comments ___

## CLINICAL DATA: YOUR ASSESSMENT:

B/P __154/92__ Pulse __83__ RESP __16__

O2: __97__ Weight: __180__ Temp __98.6__

Check Only what applies based on your assessment:

| Deformity | Guarding | | Limited ROM | | Skin Warm | ✓ |
|---|---|---|---|---|---|---|
| Skin Dry | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | Skin Pale | | Redness | | Scaly | ✓ |
| Open Lesions | Pus | | Hair Loss | | Rash | • |
| Hives | Bleeding | | Foul Odor | | Swelling | |
| Bruising | Oriented | ✓ | Alert | ✓ | Cooperative | ✓ |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | Pedal pulses | | Resp Even | ✓ | Resp Unlabored | ✓ |

Does condition correspond with history given __Y__/N? who, why ___

Other Information/Observation by Medical Staff: ___

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000044

**Southern Health Partners**
*Your Partner In Affordable Inmate Healthcare*

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 |
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | |

**PHYSICIAN ORDER:** _Bactrium DS, PO BID x10days_

**ADDITIONAL ASSESSMENT NOTES:** _Lesion (L) arm pit (5m) drainage_

**Medical Staff Signature:** _____  **Date** 5/15/18

**Physician/Provider initials:** _____  **Date:** 5-15-18

Confidential Medical Work Product    Effective: February 2016

# Medical Request - #2,887,997

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 05/15/2018 7:56 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 05/15/2018 8:52 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I need an antibiotic for my arm pit

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____9|15|18_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment -- See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

# MEDICATION ADMINISTRATION RECORD

**MADISON C... .AIL (KY)**
**PENDERMON , ANDRE**
**Report Date: 3/26/2018**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE HCL 150MG TAB TAKE ONE TABLET(S) BY MOUTH TWICE DAILY | 3/14/2018 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg TPO BID | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Claritin 10mg ī PO ǧ Day | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR **04/01/2018** THROUGH **04/30/2018**   Page 1 of 1

| Physician | WASHINGTON, ROY B APRN | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|---|
| Physician | | | Alt. Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | | Title: SHP-Pendermon_000047 Date: |
|---|---|---|---|---|
| PENDERMON, ANDRE | | D.O.B. **02/02/1988** Sex | Room | Patient | Admission |

**ern Health**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

n patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer.
tment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The
hould be placed in the medical chart for future reference and/or review by the site Provider.

| | | | | |
|---|---|---|---|---|
| | Pendermon, Andre | DOB | | SEX M |
| Complaint: | Knots under both Arms | Injury/Condition Location | N/A | |
| Occurrence Date: | 2 weeks ago | Have you had this before | N/o | When? N/A |
| Today's Date: | 4/30/18 | Nurse Name: | | |

## CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Level of Pain | 0 | Pain w/movement | | Constant | | Sore Throat | |
| Numbness | | Tenderness | ✓ | Swelling | ✓ | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | (knots) | | | | | |

Any chronic conditions or bleeding tendencies __NO__ (if yes) describe_____

Current medications __See MAR.__ Any allergies __NKA__

Last Tetanus Shot __2016__ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:  B/P 133/80  Pulse 87  RESP 16

O2: 98  Weight: 200  Temp 97.5

Check Only what applies based on your assessment:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | | Alert | ✓ | Cooperative | ✓ |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | ✓ | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | ✓ | Coughing | | Skin Turgor | | Capillary refill | ✓ |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | ✓ |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____

_____

(Next Page/Back Page)

Confidential Medical Work Product                    Effective: February 2016

**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | ✓ | Urine Dip Done | ✓ | Tetanus given | ✓ | Call 911 |  |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring |  | Medical Monitoring | ✓ | X-ray Ordered |  | Outside Provider Appt. |  |
| Patient Education Given |  | Advised to notify staff of any changes | ✓ | Other: Describe Plan |  |  |  |

PHYSICIAN ORDER: _MD list_

ADDITIONAL ASSESSMENT NOTES: ___ Ø redness Ø swelling

Two masses under arms

5/1/18 - Roz Washing APRN saw pt today et noted under Ⓛ arm et stated pt just needed lotion. For dry areas. Lotion given x 30 days. Sternberg LPN

Medical Staff Signature: _Hundell LPN_    Date: 5-1-208

Physician/Provider initials: _____    Date: 4/30/18

Effective: February 2016

Confidential Medical Work Product

SHP-Pendermon_000049

# Medical Request - #2,830,286

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 04/30/2018 6:49 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 04/30/2018 7:48 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I have knots under both of my arms

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☑ Patient was seen on this date: 4/30/18 by: _____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

**Southern Health Partners**
*Your Partner in Affordable Inmate Healthcare*

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Henderson, Andre | | DOB | | SEX | M |
| Complaint: | Vict Jray | | Injury/Condition Location | N/A | | |
| Occurrence Date: | N/A | Have you had this before | N/A | When? | N/A | |
| Today's Date: | 4-27-18 | Nurse Name: | | | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Level of Pain | 7 | Pain w/movement | | Constant | ✓ | Sore Throat | |
| Numbness | | Tenderness | ✓ | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | ✓ | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies ___NO___ (if yes) describe_____

Current medications __See MAR__                    Any allergies __NKA__

Last Tetanus Shot __2016__ Further comments_____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P __143/88__  Pulse __71__  RESP __16__

O2: __98__    Weight __200__  Temp __92.8__

Check Only what applies based on your assessment:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | ✓ | Alert | ✓ | Cooperative | ✓ |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | ✓ | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | ✓ |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____

_____

(Next Page/Back Page)

Confidential Medical Work Product                    Effective: February 2016

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | ✓ | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | ✓ | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** DD D/O

**ADDITIONAL ASSESSMENT NOTES:** Medical advised pt that we would talk to Kitchen again abot his no spicy food tray

**Medical Staff Signature:** _____ LPN  **Date:** 4/27/8

**Physician/Provider initials:** _____  **Date:** 5-1-18

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000052

# Medical Request - #2,821,875

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 04/27/2018 5:33 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 04/27/2018 6:46 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I need to see medical about my diet tray, and other problems

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • • •   • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date: _____ by Nurse (Signature): _____

☑ Patient was seen on this date: 4/27/18 by: _____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again _____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Penderman Andrea | | DOB | | SEX | M |
|---|---|---|---|---|---|---|
| Complaint: | Stomach Pain | | Injury/Condition Location | | | |
| Occurrence Date: | | Have you had this before | | When? | | |
| Today's Date: | 4/23/18 | Nurse Name: | | | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | 7 | Pain w/movement | | Constant | | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies __no__ (if yes) describe _____

Current medications __see MAR__   Any allergies __NKA__

Last Tetanus Shot __2016__ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P __152/28__ Pulse __63__ RESP __16__

O2: __98__ Weight: __120__ Temp __97.8__

Check Only what applies based on your assessment:

| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
|---|---|---|---|---|---|---|---|
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | ✓ |
| Bruising | | Oriented | | Alert | | Cooperative | |
| Calm | | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | ✓ | Pedal pulses | | Resp Even | ✓ | Resp Unlabored | ✓ |

Does condition correspond with history given _____ If no, why _____

Other Information/Observation by Medical Staff: _____

_____

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

### TREATMENT PLAN:

| Follow TX Protocol | ✓ | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | ✓ | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** AO N/O Monitor

**ADDITIONAL ASSESSMENT NOTES:** Pt was request his Dr appt to be made, Waiting on insurance information to come. Medical advised appt. Would be made when Insurance Card recieve But pt would not know when appt was until time for appt

Medical Staff Signature: Hunshell LPN          Date: 4/23/8

Physician/Provider initials: _____ Date: 5-1-18

Confidential Medical Work Product          Effective: February 2016

**Southern Health Partners**
Your Partner In Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Penderman A | DOB | | SEX | m |
|---|---|---|---|---|---|
| Complaint: | Imaga | Injury/Condition/ Location | | | |
| Occurrence Date: | 10 days | Have you had this before | yes | When? | years |
| Today's Date: | 4/16/18 | Nurse Name: | | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | | Pain w/movement | | Constant | ✓ | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | Vision | ✓ | | |

Any chronic conditions or bleeding tendencies ___ no ___ (if yes) describe _____

Current medications ___ see ___         Any allergies ___ NKDA ___

Last Tetanus Shot ___ unk ___ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P 137/81   Pulse 98   RESP 18

O2: 98   Weight: ___   Temp 98.3

Check Only what applies based on your assessment:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | ✓ | Alert | ✓ | Cooperative | |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | ✓ |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | ✓ |

Does condition correspond with history given ___ yes ___ If no, why _____

Other Information/Observation by Medical Staff: _____

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

# Medical Request – #2,804,274

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 04/23/2018 6:15 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 04/23/2018 11:04 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

Im still having stomach pains

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • • •   • • • • • • • • •   • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • •   • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☑ Patient was seen on this date:____4/03____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 04/23/2018 at 11:05 AM

Page 1 of 1

SHP-Pendermon_000057

# Medical Request - #2,781,465

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 04/16/2018 3:58 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 04/17/2018 5:55 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I have a migrain

## Response

This request has NOT been responded to as of this printing.

•••••••• •••••••• ••••••••• •••••••• •••••••• •••••••• ••••••••

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:____4/16/18____ by:____Sr____

   Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 04/17/2018 at 5:56 AM

Page 1 of 1

SHP-Pendermon_000058

## Medical Request - #2,743,299

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 04/05/2018 4:14 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 04/06/2018 8:41 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

### Request

Nature of problem or Request (be specific):

Rhonda I just spoke to my mother, who told me that an insurance paper came to the house. The paper said that I needed to call and request an insurance card be sent to my house. Can you please help me do so. Thank you for your time

### Response

This request has NOT been responded to as of this printing.

**•••••••• •••••••• •••••••• ••••••• •••••••• •••••••• ••••••••**

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 04/06/2018 at 8:41 AM

Page 1 of 1

TAKE ONE CAPSULE(S) BY MOUTH
EVERY DAY FOR 30 DAYS

STOCK # 505461

Colace 100mg
PO BID

Claritin 10mg

Zantac 150mg
PO BID

www.integralsupplies.com

STARTING FOR 03/01/2018          THROUGH     03/31/2018                    Page 1 of 1

Physician     WASHINGTON, ROY

Physician                                                    Telephone No.

Allergies     NO KNOWN DRUG ALLERGY                          Alt. Telephone
                                                             Medical Record No.
                                                             Rehabilitative
                                                             Potential

Diagnosis

Medicaid Number          Medicare Number          Complete Entries Checked
                                                   By:
RESIDENT   PENDERMON, ANDRE                        D.O.B. 02/02/1988  Sex  Room  Patient Code   Admission 12/30/189

# Medical Request - #2,673,021

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 03/16/2018 7:31 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 03/16/2018 8:12 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

the information for my medical insurance is phone number 1-888-549-0820, and my insurance number is 13019994804.

## Response

This request has NOT been responded to as of this printing.

•••••••••  ••••••••••  •••••••••  •••••••••  •••••••••  ••••••••••  •••••••••

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

    Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to_____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

4-4-18 unable to verify medical coverage. Must have written permission from inmate for me to obtain info.

Printed on 03/16/2018 at 8:12 AM

# Medical Request – #2,667,867

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 03/14/2018 5:26 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 03/15/2018 6:42 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I am still having a lot of blood in my bowel movements. I just found out yhat I do have medical insurance

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •  • • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 03/15/2018 at 6:42 AM

Page 1 of 1

# Medical Request – #2,729,689

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 04/02/2018 3:20 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 04/03/2018 7:49 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

Did y'all make my doctors appointment

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

# Medical Request – #2,712,900

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 03/28/2018 12:53 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 03/28/2018 3:21 PM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

Im still having stomach pains and also the other problems Ive been having

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

    ☐ Patient was seen on this date:_____ by:_____

     Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

    ☐ Patient was referred to _____ for further evaluation/treatment plan.

    ☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

    ☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

    ☐ See Progress Note for Response to this Patient Sick Call Request.

    ☐ Patient was given medical instruction in regard to treatment plan.

    ☐ Patient advised to alert medical staff if condition worsens.

    ☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

# Medical Request - #2,687,208

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 03/20/2018 6:25 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 03/21/2018 12:18 PM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

Im still having stomach pains.Did yall make my doctors appointment. The doctor here said there was nothing else he could do for me here

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •   • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

# Medical Request - #2,683,306

From:     ANDRE PENDERMON (204338)     Date Submitted:   03/19/2018 6:36 PM
Housing Area:   Lower Cell 030             Date Received:   03/20/2018 7:15 AM
Assigned To:    Medical Receivers          Status:          **OPEN**

## Request

Nature of problem or Request (be specific):

my bleeding has gotten worse and it is bright with dark clots in it

## Response

This request has NOT been responded to as of this printing.

**TO BE COMPLETED BY MEDICAL STAFF:**

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

   Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment -- See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

*Hammonds*

Place original form in patient's medical record.

Printed on 03/20/2018 at 7:15 AM

Page 1 of 1
SHP-Pendermon_000066

**Southern Health Partners**
*Your Partner in Affordable Inmate Healthcare*

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | *Andre Pinderman* | DOB | | SEX | *M* |
|---|---|---|---|---|---|
| Complaint: | *abd pain* | Injury/Condition Location | | | |
| Occurrence Date: | *3 days* | Have you had this before | | When? | |
| Today's Date: | *3-5-18* | Nurse Name: | *R Napier L* | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies *no*  (if yes) describe_____

Current medications _*See MAR*_  Any allergies _*NKDA*_

Last Tetanus Shot_____ Further comments_____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P _*129/101*_  Pulse _*74*_  RESP _*16*_

O2: _*97-1.*_ Weight:_____ Temp _*98.5*_

Check Only what applies based on your assessment:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | | |
| Skin Dry | | Skin Cool | | Skin Moist | | Edema | | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | | |
| Open Lesions | | Pus | | Hair Loss | | Rash | | |
| Hives | | Bleeding | | Foul Odor | | Swelling | | |
| Bruising | | Oriented | ✓ | Alert | ✓ | Cooperative | ✓ |
| Calm | | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | ✓ |
| PERRLA | | Pedal pulses | | Resp Even | ✓ | Resp Unlabored | ✓ |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____

_____

(Next Page/Back Page)

_____

Confidential Medical Work Product

Effective: February 2016

# Medical Request - #2,633,009

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 03/04/2018 9:31 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 03/05/2018 7:34 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I've been having bad stomach pains since Fri. night

## Response

This request has NOT been responded to as of this printing.

•••••••••  •••••••••  •••••••••  •••••••••  •••••••••  •••••••••  •••••••••

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date: 3-5-18 _____ by: _____

  Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

**1/31 Phlorae 20mg PO dly**

**Colace 100mg PO BID**

**CTM ī PO BID X 5 day**

**Claraned 0mg ī PO BID 5 day X 14 day**

STOCK # 506461

www.integralsupplies.com

REV 9/12

STARTING FOR
Physician ___ L Washington FNN ___ THROUGH 2-28-18
Physician
Allergies ___ NKDA

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |

| RESIDENT | Penderman, Andre | D.O.B. 2/2/88 | Sex M | Room 30 | Patent Code | Admission Date |
|---|---|---|---|---|---|---|

SHP-Pendermon_000069

**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _Monitor_

**ADDITIONAL ASSESSMENT NOTES:** _C/o abd pain since Friday, Denies nausea / vomiting, eating ok. BS (+) x 4 quads_

**Medical Staff Signature:** _[signature]_   **Date:** 3-5-18

**Physician/Provider initials:** _[signature]_   **Date:** _3-13-2018_

Confidential Medical Work Product   Effective: February 2016

PENDERMON, ANDRE

NOT PROVIDED
COLLECTION DATE: 02/23/2018          MADISON CO DETENTION
CTR, KY  40475-
RECEIVED DATE: 02/26/2018            FACILITY: MADCJ
REPORT DATE: 02/27/2018 16:47 auto   SEX: M  D/O/B: ████████████

ACCESSION NO.: 659057
<=== DESCRIPTION ===> <= RESULT => <OUT OF RANGE>  <= REF RANGE => <= UNITS =>
STOOL FOR OCCULT BL    POSITIVE X1
            NEGATIVE X2

Garcia Clinical Laboratory, Inc., 2900 Springport Road, Jackson MI 49201
  -Complete-                 PAGE - 1     DIRECTOR: Lorenz P. Kielhorn, MD

SHP-Pendermon_000071

# Garcia Clinical Laboratory

**2900 Springport Road**

**Jackson, MI 49201**
**Phone: 517-787-9200**
**Fax:    517-787-1249**

**To:** Healthcare
**Company:**
**Fax:** 8596245452

**From:** VSI-FAX System

**Subject:**

**Memo:**

SHP-Pendermon_000072

**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Pendermon, Cendrea | DOB | | SEX | M |
|---|---|---|---|---|---|
| Complaint: | Migraines | Injury/Condition Location | | | |
| Occurrence Date: | 2/27/18 | Have you had this before | yes | When? | 2016 |
| Today's Date: | 2/27/18 | Nurse Name: | | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

pt denies anything at this time

| Level of Pain | 10 | Pain w/movement | | Constant | | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies _yes_ (if yes) describe _See Chart_
Current medications _See MAR_                    Any allergies _NKA._
Last Tetanus Shot _2016_ Further comments_____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P _113/89_ Pulse _110_ RESP _16_
O2: _98_ Weight: _150_ Temp _98.1_

Check Only what applies based on your assessment:

| Deformity | | Guarding | | Limited ROM | | Skin Warm | |
|---|---|---|---|---|---|---|---|
| Skin Dry | ✓ | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | | Alert | ✓ | Cooperative | |
| Calm | ✓ | Confused | | Lethargic | | Agitated | |
| Steady Gait | ✓ | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | ✓ |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | ✓ |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____
_____
_____

(Next Page/Back Page)

Confidential Medical Work Product                    Effective: February 2016

**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | ✓ | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | ✓ | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | ✓ | Other: Describe Plan | | | |

PHYSICIAN ORDER: _Monitor_____

ADDITIONAL ASSESSMENT NOTES: _Pt wanted to get meds to keep in cell - "incase he gets another migraines"_

Medical Staff Signature: _Hounsell LPN_   Date: _7/27/18_

Physician/Provider initials: _____   Date: _____

Confidential Medical Work Product          Effective: February 2016

# Medical Request - #2,616,107

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 02/27/2018 6:26 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 02/27/2018 8:28 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I have been having migranes

## Response

This request has NOT been responded to as of this printing.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☑ Patient was seen on this date: 2/27/18   by: _____ LPN

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

## Southern Health Partners
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: *Andre Pindermon* | DOB | | SEX *M* |
|---|---|---|---|
| Complaint: *Headache, Sinus drainage* | Injury/Condition Location | | |
| Occurrence Date: *5 days* | Have you had this before | | When? |
| Today's Date: *2-9-18* | Nurse Name: *M Mayne* | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies *No* (if yes) describe_____

Current medications *CTM*                          Any allergies *NKDA*

Last Tetanus Shot *unknown* Further comments_____

### CLINICAL DATA: YOUR ASSESSMENT:
B/P *139/102*   Pulse *79*   RESP_____

O2: *97%*   Weight: _____   Temp *98.2*

### Check Only what applies based on your assessment:

| Deformity | | Guarding | | Limited ROM | | Skin Warm | |
|---|---|---|---|---|---|---|---|
| Skin Dry | | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | | Alert | | Cooperative | |
| Calm | | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | |

Does condition correspond with history given_____ If no, why_____

Other Information/Observation by Medical Staff:_____

(Next Page/Back Page)

Confidential Medical Work Product                          Effective: February 2016

Southern Health
**Partners**

**CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM**

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _Claritin 10 mg PO dly X 14 days_
_DC CTM_

**ADDITIONAL ASSESSMENT NOTES:** _c/o headache and nasal drainage_
_X 5 days "allergy symptoms"_

Medical Staff Signature: _[signature]_                      Date: _2-9-18_
Physician/Provider initials: _[initials]_   Date: _2-12-018_

Confidential Medical Work Product                    Effective: February 2016

# Medical Request - #2,558,483

From:            ANDRE PENDERMON (204338)        Date Submitted:  02/08/2018 8:02 AM
Housing Area:    Lower Cell 030                    Date Received:   02/08/2018 10:41 AM
Assigned To:     Medical Receivers                 Status:          **OPEN**

## Request

Nature of problem or Request (be specific):

the yellow pill is not working and im having hot flashes and head akes

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • •  • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date: _2-9-18_ by: _____

    Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

                                        Place original form in patient's medical record.

                                                    Page 1 of 1
                                                    SHP-Pendermon_000078

**Southern Health Partners**
Your Partner in Affordable Health Care

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| | |
|---|---|
| Patient Name: | Andre Pendergrant |
| Complaint: | sore throat, chest/back pain |
| Occurrence Date: | 2 days |
| Today's Date: | 2-6-18 |

DOB: ___  SEX: M

Injury/Condition Location: ___

Have you had this before ___  When? ___

Nurse Name: Rhynie G

## CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies _No_ (if yes) describe ___

Current medications _unknown_   Any allergies _NKDA_

Last Tetanus Shot _unknown_ Further comments ___

## CLINICAL DATA: YOUR ASSESSMENT:

B/P _146/92_  Pulse _83_  RESP _16_

O2: _97%_  Weight: ___  Temp _98.2_

Check Only what applies based on your assessment:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deformity | | Guarding | | Limited ROM | | Skin Warm | |
| Skin Dry | | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | ✓ | Alert | | Cooperative | ✓ |
| Calm | | Confused | | Lethargic | | Agitated | |
| Steady Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | | Pedal pulses | | Resp Even | ✓ | Resp Unlabored | ✓ |

Does condition correspond with history given ___  If no, why ___

Other Information/Observation by Medical Staff: ___

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000079

Andre Pendermon

## Southern Health Partners
Your Partners in Affordable Inmate Healthcare

### CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _CTM PO BID X 5 days_

**ADDITIONAL ASSESSMENT NOTES:** _Lungs Clear to auscultation. Throat red and irritated, Nasal congestion and drainage._

Medical Staff Signature: _____

Physician/Provider initials: _____  Date: 12-27-20[?]  Date: 2-6-18

Confidential Medical Work Product

Effective: February 2016

# Medical Request – #2,550,220

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 02/05/2018 6:03 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 02/06/2018 6:48 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

my throat is sore and nose is stopped up

## Response

This request has NOT been responded to as of this printing.

**TO BE COMPLETED BY MEDICAL STAFF:**

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date: *2-6-18* by: _____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 02/06/2018 at 6:49 AM

# ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Colace 100mg
Pog Day

Colace 100 mg
po BiD

STOCK # 506461

www.integralsupplies.com

STARTING FOR Jan 2018   THROUGH

sician

Physician

rgies   NKA

gnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No

Medicaid Number   |   Medicare Number   |   Complete Entries Checked
By:
Title:
Date:

RESIDENT   Penderman, Andy

D.O.B. 2-2-88   Sex   Room 30   Patient Code   Admission Date

SHP-Pendermon_000082

**PROGRESS NOTES**

| List Date/Time | Inmate's Name: (Last, First) Pendermon Andre | D.O.B.: | Allergies: NKDA |
|---|---|---|---|
| 1-30-2018 | Pr'osec C'ison for C/C/O ↓ Hx of Ulcers Ø N/V Abd soft Not tender DSX4 ~~~ | | |
| 6-1-18 | Pt seen bd for Dry skin under (L) axillae Ø redness Ø sx of infection, Pt to apply moisturizing cream/lotion PRN RTC PRN ~~~ | | |

STOCK # 50846

www.rillingtonsupplies.com

FORM A55, A76, A81

SO.300.00

REV. 9/12

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

(Grid of rows numbered 1–31 repeated in multiple blocks.)

ARTING FOR **Dec 2017**            THROUGH

sician

Physician

rgies   **NKA**

gnosis

| | Telephone No. | | |
|---|---|---|---|
| | Alt. Telephone | | Medical Record No. |
| | Rehabilitative Potential | | |

| Medicaid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| | | D.O.B. | Sex **M** | Room **30** |
| | | | Patient Code | Admission Date |

RESIDENT **Pendermon, Arble**

SHP-Pendermon_000084

**Southern Health Partners**
Your Partner in effective Inmate Healthcare

_underman Andre_

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

_JOB_

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _No New orders @ this time ._

**ADDITIONAL ASSESSMENT NOTES:** _burning to urination but states pain goes into testicles. Will obtain urine for urine dip. Left kidney removed @ 1 year of age per patient. Urine dip Negative. Report to medical if Symptoms Worsen or persist ._

**Medical Staff Signature:** _____

**Physician/Provider initials:** _____   Date: _12-27-2017_   Date: _12-14-17_

Confidential Medical Work Product

# Medical Request - #2,403,804

From:            ANDRE PENDERMON (20 : 8)        Date Submitted:    12/13/2017 6:13 AM
Housing Area:    Lower Cell 030                  Date Received:     12/13/2017 1:18 PM
Assigned To:     Medical Receivers               Status:            **OPEN**

Request
_____

Nature of problem or Request (be specific):

Im having pain in my lower back around to my right side, and I only have one kidney.

Response
_____

This request has NOT been responded to as of this printing.

· · · · · · · · · ·  · · · · · · · · ·  · · · · · · · · ·  · · · · · · · · ·  · · · · · · · · · ·  · · · · · · · · · ·  · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature)_____

☐ Patient was seen on this date: _12-14-17_ by _Napus St_

Patient's Vital Signs: Temp _984_ Resp _16_ Pulse _82_ B/P _140/40_

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again _____

☐ Patient to be charged through medical co-pay for this visit

Place completed form in patient's medical record.

Printed on 12/14/2017 at 7:57 AM

SHP-Pendermon_000086

Southern Health
**Partners**
Your partner in Affordable inmate Healthcare.

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | Andre Penderman | DOB | | SEX | M |
|---|---|---|---|---|---|
| Complaint: | Rt side and back pain | Injury/Condition Location | | | |
| Occurrence Date: | 12-8-17 | Have you had this before | When? | | |
| Today's Date: | 12-14-17 | Nurse Name: | Mapu | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies _No_ (if yes) describe _N/A_

Current medications _Stool Softener_ Any allergies _NKDA_

Last Tetanus Shot _Unknown_ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P _140/90_ Pulse _82_ RESP _16_

O2: _98_ Weight: _____ Temp _98.4_

Check Only what applies based on your assessment:

| Deformity | Guarding | Limited ROM | Skin Warm |
|---|---|---|---|
| Skin Dry | Skin Cool | Skin Moist | Edema |
| Skin Flushed | Skin Pale | Redness | Scaly |
| Open Lesions | Pus | Hair Loss | Rash |
| Hives | Bleeding | Foul Odor | Swelling |
| Bruising | Oriented ✓ | Alert ✓ | Cooperative ✓ |
| Calm ✓ | Confused | Lethargic | Agitated |
| Steady Gait | Grips Good | Missing Filling(s) | Decayed Tooth |
| Laceration(s) | Skin Tags | GI Bowel Sound | Tenderness |
| Abdomen Soft | Abdomen Distended | Discoloration | Jaundice |
| Labored Breathing | Wheezing | Crackles | Ronchi |
| Glands Swollen | Coughing | Skin Turgor | Capillary refill |
| PERRLA | Pedal pulses | Resp Even | Resp Unlabored |

Does condition correspond with history given _____ if no, why _____

Other Information/Observation by Medical Staff: _Patient to right side and back pain. States he only has one kidney. (Denies)_

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000087



**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

# URINE DIP RESULTS

Record the results in the applicable field below. Report all findings to the site Physician for review and/or further orders. Place completed form in the patient's medical record.

Inmate's Name _Andre Penderman_

ID# _____ or DOB _▓▓▓▓▓_

Allergies _NKDA_

| | | NORMAL RANGE: |
|---|---|---|
| Urobilinogen | _Neg_ | Normal |
| Glucose | _Neg_ | Negative |
| Bilirubin | _Small_ | Negative |
| Ketones | _Neg_ | Negative |
| Specific Gravity | _1.025_ | 1.000-1.030 |
| Protein | _Neg_ | Negative |
| Nitrite | _Neg_ | Negative |
| PH | _5.0_ | 5.0 – 8.5 |
| Blood | _Trace (Neg)_ | Negative |
| Leukocytes | _Moderate_ | Negative |
| Color | _dark yellow_ | |
| Odor | _none_ | |
| Sediments | _none_ | |
| Pregnancy Test | | |

Manufacturer _____ Lot# _____

Nurse's Signature _Napier_

Date _12-14-17_

Date and Time results given to M.D. _____

SHP Form 12/06

SHP-Pendermon_000088

# Medical Request – #2,369,767

*30*

| | |
|---|---|
| From: | ANDRE PENDERMON (204338) |
| Housing Area: | Lower Cell 030 |
| Assigned To: | Medical Receivers |

Date Submitted: 12/01/2017 7:43 AM
Date Received: 12/01/2017 9:56 AM
Status: **OPEN**

## Request

Nature of problem or Request (be specific):

I havent shit in a week

## Response

This request has NOT been responded to as of this printing.

• • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date: _12.3.17_ by Nurse (Signature): _R Bise LPN_

☑ Patient was seen on this date: _12.3.17_ by: _R Bise LPN_

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☑ Patient refused treatment – See Refusal of Treatment Form.

*refused*

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 12/01/2017 at 9:56 AM

SHP-Pendermon_000089



**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FOR

**TREATMENT PLAN:**

| New TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
| Wound Care | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Monitoring | | | | | | | |
| Patient Education | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** Zpack a10

**ADDITIONAL ASSESSMENT NOTES:**

Medical Staff Signature: _Keye LPN_   Date: _11/2017_

Physician/Provider initials: _____   Date: _____   Date: 11-23-17

Confidential Medical Work Product

Effective: February 2016

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

..ctions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. ...r to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The ...pleted form should be placed in the medical chart for future reference and/or review by the site Provider.

| Field | Value |
|---|---|
| ...ent Name: | Pendermon, Andre |
| ...plaint: | Sore throat |
| DOB | (redacted) |
| SEX | M |
| ...rrence Date: | 11-21-17 |
| Have you had this before | |
| ...ay's Date: | 11-23-17 |
| Nurse Name: | K____ LPN |
| Injury/Condition Location | |
| When? | |

### ...CK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

...hronic conditions or bleeding tendencies _no_ (if yes) describe _____
...nt medications _no_     Any allergies _NKA_
...Tetanus Shot _Unknown_ Further comments _____

### ...NICAL DATA: YOUR ASSESSMENT:
B/P 137/88   Pulse 83   RESP 16
O2: 97%   Weight: ____   Temp 97.0

### ...CK Only what applies based on your assessment:

| | | Guarding | | Limited ROM | | Skin Warm |
|---|---|---|---|---|---|---|
| ..rmity | | Skin Cool | | Skin Moist | | Edema |
| ..Dry | | Skin Pale | | Redness | ✓ | Scaly |
| ..n Flushed | | Pus | | Hair Loss | | Rash |
| ..n Lesions | | Bleeding | | Foul Odor | | Swelling |
| ..ng | | Oriented | | Alert | | Cooperative |
| | | Confused | | Lethargic | | Agitated |
| ..ty Gait | | Grips Good | | Missing Filling(s) | | Decayed Tooth |
| ..ation(s) | | Skin Tags | | GI Bowel Sound | | Tenderness |
| ..en Soft | | Abdomen Distended | | Discoloration | | Jaundice |
| ..ed Breathing | | Wheezing | | Crackles | | Ronchi |
| ..ds Swollen | | Coughing | | Skin Turgor | | Capillary refill |
| ..RPLA | | Pedal pulses | | Resp Even | | Resp Unlabored |

..s condition correspond with history given _Yes_ If no, why _____
... Information/Observation by Medical Staff: _____

(Next Page/Back Page)

..dential Medical Work Product
Effective: February 2016

SHP-Pendermon_000091

## Medical Request – #2,340,886

30

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 11/21/2017 8:03 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 11/21/2017 9:59 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

### Request

Nature of problem or Request (be specific):

Sore throat

### Response

This request has NOT been responded to as of this printing.

• • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •  • • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date: 11-23-17     by: _____ RN

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 11/21/2017 at 9:59 AM

Page 1 of 1

**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| | | | |
|---|---|---|---|
| Patient Name: | Penderman, Andre | DOB | SEX M |
| Complaint: | Cut on foot | Injury/Condition Location | |
| Occurrence Date: | yesterday | Have you had this before | When? |
| Today's Date: | 11-15-17 | Nurse Name: | Kayla Frye LPN |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement ✓ | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness ✓ | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies __no__ (if yes) describe _____

Current medications __none__ Any allergies __NKA__

Last Tetanus Shot __Unknown__ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P 130/94  Pulse 67  RESP 16

O2: 98%  Weight: ____  Temp 97.8

Check Only what applies based on your assessment:

| | | | |
|---|---|---|---|
| Deformity | Guarding | Limited ROM | Skin Warm |
| Dry | Skin Cool | Skin Moist | Edema |
| Flushed | Skin Pale | Redness | Scaly |
| Skin Lesions | Pus | Hair Loss | Rash |
| Bites | Bleeding | Foul Odor | Swelling |
| Bruising | Oriented | Alert | Cooperative |
| Pain | Confused | Lethargic | Agitated |
| Steady Gait | Grips Good | Missing Filling(s) | Decayed Tooth |
| Laceration(s) | Skin Tags | GI Bowel Sound | Tenderness |
| Abdomen Soft | Abdomen Distended | Discoloration | Jaundice |
| Labored Breathing | Wheezing | Crackles | Ronchi |
| Glands Swollen | Coughing | Skin Turgor | Capillary refill |
| PERRLA | Pedal pulses | Resp Even | Resp Unlabored |

Does condition correspond with history given _____ If no, why _____

Other Information/Observation by Medical Staff: Ø areas noted

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016



**Southern Health Partners**

# CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | ✓ | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _____

_____

_____

**ADDITIONAL ASSESSMENT NOTES:** Ø new orders @ this time

_____

Medical Staff Signature: _____   Date: 11-15-17

Physician/Provider initials: _____ Date: 11-15-2017

Confidential Medical Work Product

Effective: February 2016

SHP-Pendermon_000094

# Medical Request – #2,323,734



| From: | ANDRE PENDERMON (204338) | Date Submitted: | 11/15/2017 8:16 AM |
|---|---|---|---|
| Housing Area: | Lower Cell 030 | Date Received: | 11/15/2017 8:45 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

Request

Nature of problem or Request (be specific):

I need a band aid and to be put on an antibiotic

Response

This request has NOT been responded to as of this printing.

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☑ Patient was seen on this date: 11-15-17 ___ by: M Fugel RN

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to_____ for further evaluation/treatment plan.

☑ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 11/15/2017 at 8:45 AM



**Southern Health Partners**

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER:** _____

_____

_____

**ADDITIONAL ASSESSMENT NOTES:** Instructed pt. to apply
warm compresses to area. No new orders
@ this time.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Medical Staff Signature: K____e (LPN)                   Date: 11-7-17

Physician/Provider initials: _____ Date: 11-15-

Confidential Medical Work Product

Effective: February 2016

**Southern Health Partners**
*Your Partner in Affordable Inmate Healthcare*

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions: Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| Patient Name: | | DOB | | SEX | M |
|---|---|---|---|---|---|
| Complaint: | ingrown hair | Injury/Condition Location | | | |
| Occurrence Date: | 3 days ago | Have you had this before | When? | | |
| Today's Date: | 11-7-17 | Nurse Name: | Kayla Frye LPN | | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | Pain w/movement | Constant | Sore Throat |
|---|---|---|---|
| Numbness | Tenderness | Swelling | Lesions |
| Bruising | Bleeding | Blisters | Hearing? |
| Broken Skin | Red area | Itchy | Dizziness |
| Nausea | Vomiting | Cramping | Rectal Pain |
| Fever | Headache | Diarrhea | Bloody Stool |
| Pain with Void | Constipation | Drainage | Discharge |
| Breathing Diff. | | | |

Any chronic conditions or bleeding tendencies __No__ (if yes) describe _____

Current medications __none__ Any allergies __NKA__

Last Tetanus Shot __2016__ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P __140/90__ Pulse __89__ RESP __16__

O2: __99%__ Weight: _____ Temp __97.1__

Check Only what applies based on your assessment:

| | | | |
|---|---|---|---|
| Deformity | Guarding | Limited ROM | Skin Warm |
| Skin Dry | Skin Cool | Skin Moist | Edema |
| Skin Flushed | Skin Pale | Redness | Scaly |
| Open Lesions | Pus | Hair Loss | Rash |
| Hives | Bleeding | Foul Odor | Swelling |
| Bruising | Oriented | Alert | Cooperative |
| Calm | Confused | Lethargic | Agitated |
| Steady Gait | Grips Good | Missing Filling(s) | Decayed Tooth |
| Laceration(s) | Skin Tags | GI Bowel Sound | Tenderness |
| Abdomen Soft | Abdomen Distended | Discoloration | Jaundice |
| Labored Breathing | Wheezing | Crackles | Ronchi |
| Glands Swollen | Coughing | Skin Turgor | Capillary refill |
| PERRLA | Pedal pulses | Resp Even | Resp Unlabored |

Does condition correspond with history given __yes__ If no, why _____

Other Information/Observation by Medical Staff: _____

(Next Page/Back Page)

Confidential Medical Work Product

Effective: February 2016

SHP_Pendermon_000097

# Medical Request – #2,299,918

$3\upsilon$

| From: | ANDRE PENDERMON (204338) | Date Submitted: | 11/07/2017 8:27 AM |
|---|---|---|---|
| Housing Area: | Lower Cell 030 | Date Received: | 11/07/2017 8:29 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

I need somethng for an engrown hair

## Response

This request has NOT been responded to as of this printing.

• • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •   • • • • • • • •

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☑ Patient was seen on this date: 11-7-17 _____ by: _____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____
_____ for further evaluation/treatment plan.

☑ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

Printed on 11/07/2017 at 8:29 AM

SHP-Pendermon_000098

# Medical Request – #2,129,736

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 09/08/2017 12:36 PM |
| Housing Area: | Lower Cell 030 | Date Received: | 09/09/2017 9:26 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

Kayla,
Did you get my records from Baptis health? The spicey food irritates my ulcers

## Response

This request has NOT been responded to as of this printing.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☐ Patient was seen on this date:_____ by:_____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem,

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

9/9/17
repense
not
julisa
(0 x
√ Back
monday
P noon

Place original form in patient's medical record.

30

# Medical Request - #2,077,126

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 08/21/2017 9:17 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 08/21/2017 9:36 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

## Request

Nature of problem or Request (be specific):

can you get my medical records from Baptis health. Im not to have spicy food because of ulsers

## Response

This request has NOT been responded to as of this printing.

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date:_____ by Nurse (Signature):_____

☒ Patient was seen on this date: 8-21-17   by: K Fuge LPN

    Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

*ROI to Baptist Richmond*

☐ Follow-Up Required?  If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

## Medical Request - #2,258,728

| | | | |
|---|---|---|---|
| From: | ANDRE PENDERMON (204338) | Date Submitted: | 10/24/2017 9:09 AM |
| Housing Area: | Lower Cell 030 | Date Received: | 10/24/2017 9:28 AM |
| Assigned To: | Medical Receivers | Status: | **OPEN** |

### Request

Nature of problem or Request (be specific):

You know this is serious because you also know I would hate to have to pay for this. when I poop
I poop blood

### Response

This request has NOT been responded to as of this printing.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## TO BE COMPLETED BY MEDICAL STAFF:

Medical staff received Sick Call on this date_____ by Nurse (Signature):_____

☐ Patient was seen on this date 10/24/17 by: _____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again_____

☐ Patient to be charged through medical co-pay for this visit

Place original form in patient's medical record.

**Southern Health Partners**
*Your Partner in Affordable Inmate Healthcare*

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

Instructions:  Upon patient's complaint(s), please complete the form in its entirety. Check YES answers. Uncheck is considered a NO answer. Refer to the Treatment Guidelines Manual for further implementation, or feel free to contact your site Provider for orders as needed. The completed form should be placed in the medical chart for future reference and/or review by the site Provider.

| | | | | |
|---|---|---|---|---|
| Patient Name: | Penderman, Andre | DOB | | SEX M |
| Complaint: | Bloody stool | Injury/Condition Location | | When? |
| Occurrence Date: | | Have you had this before | | |
| Today's Date: | 10/24/17 | Nurse Name: | SH | |

### CHECK WHAT PATIENT STATES AS TO COMPLAINT/CONDITION/INJURY:

| Level of Pain | | Pain w/movement | | Constant | | Sore Throat | |
|---|---|---|---|---|---|---|---|
| Numbness | | Tenderness | | Swelling | | Lesions | |
| Bruising | | Bleeding | | Blisters | | Hearing? | |
| Broken Skin | | Red area | | Itchy | | Dizziness | |
| Nausea | | Vomiting | | Cramping | | Rectal Pain | |
| Fever | | Headache | | Diarrhea | | Bloody Stool | |
| Pain with Void | | Constipation | | Drainage | | Discharge | |
| Breathing Diff. | | | | | | | |

Any chronic conditions or bleeding tendencies _____ (if yes) describe _____   Any allergies DKIA

Current medications none

Last Tetanus Shot _____ Further comments _____

### CLINICAL DATA: YOUR ASSESSMENT:

B/P 149/107   Pulse 71   RESP 16
O2: 98   Weight: _____   Temp _____

Check Only what applies based on your assessment:

| Deformity | | Guarding | | Limited ROM | | Skin Warm | ✓ |
|---|---|---|---|---|---|---|---|
| Skin Dry | | Skin Cool | | Skin Moist | | Edema | |
| Skin Flushed | | Skin Pale | | Redness | | Scaly | |
| Open Lesions | | Pus | | Hair Loss | | Rash | |
| Hives | | Bleeding | | Foul Odor | | Swelling | |
| Bruising | | Oriented | | Alert | | Cooperative | |
| Calm | | Confused | | Lethargic | | Agitated | |
| Steady Gait | ✓ | Grips Good | | Missing Filling(s) | | Decayed Tooth | |
| Laceration(s) | | Skin Tags | | GI Bowel Sound | | Tenderness | |
| Abdomen Soft | | Abdomen Distended | | Discoloration | | Jaundice | |
| Labored Breathing | | Wheezing | | Crackles | | Ronchi | |
| Glands Swollen | | Coughing | | Skin Turgor | | Capillary refill | |
| PERRLA | | Pedal pulses | | Resp Even | | Resp Unlabored | ✓ |

Does condition correspond with history given _____ If no, why _____

Other Information/Observation by Medical Staff: _____

_____

(Next Page/Back Page)

Effective: February 2016

Confidential Medical Work Product



**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

## CLINICAL PATHWAY / PATIENT CLINICAL DATA FORM

**TREATMENT PLAN:**

| Follow TX Protocol | | Urine Dip Done | | Tetanus given | | Call 911 | |
|---|---|---|---|---|---|---|---|
| Wound Care Monitoring | | Medical Monitoring | | X-ray Ordered | | Outside Provider Appt. | |
| Patient Education Given | | Advised to notify staff of any changes | | Other: Describe Plan | | | |

**PHYSICIAN ORDER** Occult test given
Hemorrod Supp.

**ADDITIONAL ASSESSMENT NOTES:** _____

Medical Staff Signature: _____ LPN              Date: 10/24/17.
Physician/Provider initials: _____  Date: 11-1-107

Confidential Medical Work Product

Effective: February 2016



**Southern Health Partners**
Your Partner In Affordable Inmate Healthcare

TB Consent and Screening Form (2 pages)

# TB SCREENING QUESTIONNAIRE

Patient's Name: __Pendermon, Andre__    DOB: _____  SEX: (M) or F

| Questions: Please expand on YES answers. | YES | NO | |
|---|---|---|---|
| Have you had a cough lasting for more than 3 weeks? | | ✓ | **\*If answers are "YES" to any of the first 6 questions, please refer patient for further TB screening/testing.** |
| Have you been coughing up blood or sputum with these coughs? | | | *If answered "NO" to the first 6 questions, then no further screening/evaluation is needed.* |
| Have you had recent unintentional and continuous weight loss of 10lbs or more in the past few months? If yes, estimated weight loss: | | ✓ | *If further testing is to be done, please complete the information below as follow-up. Have the Physician review and initial this completed form. Place this completed form in the patient's medical record.* |
| Have you had a recurrent fever of more than 100 degrees in the last month? If yes, since when? | | ✓ | |
| Have you had unusual sweating, especially at night? If yes, since when? | | ✓ | |
| Have you had ongoing, unexplained fatigue or weakness in the past few weeks? If yes, since when? | | ✓ | |
| Have you seen a physician for any of the above symptoms? If yes, what was the outcome? | | ✓ | |
| Have you ever had a TB skin Test? If yes, what was the result? | ✓ | | neg |
| Have you ever been on medications for TB previously? If yes, where/when? | | ✓ | |

## Consent for Testing/Treatment:

I hereby give my consent for TB testing and/or treatment, if needed. I have read and understand the above information regarding testing and treatment procedures.

Patient's Signature: X _____     Date: 6-14-17

### FOR MEDICAL STAFF USE ONLY:

After administering the TB skin test, place this form in a central location for the test to be read within 72 hours.

Date of TB Skin test: 6-14-17    Done by Nurse: K Dryer LPN
Lot # of PPD: CF034AA    Exp Date 10-13-18

### TEST TO BE READ WITHIN 72 HOURS BY MEDICAL STAFF– COMPLETE BELOW INFO:

Date TB Skin test was read: 6-16    by Nurse: K Dryer LPN
Number mm: Ø    Referral for Chest X-ray:   YES   or   (NO)   If yes, Date of CXR: _____
Comments: _____ RFA

Confidential Medical Information     SHP Form March 2013

# ADMISSION DATA / HISTORY AND PHYSICAL FORM

**Southern Health Partners**

Medical Staff: Review Intake Screening Information prior to completing this form. **Check when done:** ✓
The following information is to be completed by the medical staff upon interview with Patient:

SHP Form 12/2013
Revised MAR 2016

| Exam Date | 6-14-17 | Patient Name (Last, First, Middle Initial | Pendermon, Andre | | |
|---|---|---|---|---|---|
| Booking Date | 5-25-17 | Birthdate: | | | |
| Marital Status | Single | Religion: Baptist | Education Level: GED | Soc. Sec. # ▓▓▓▓ | Race: B |
| Read/Write English: YES NO | Sex: (MALE) FEMALE | | Previous Incarcerations (Facility/Date) | | |

## MEDICAL HISTORY

| Emergency Contact Info (Name/Relationship): | | |
|---|---|---|
| Phone No | (803) 840-9327 - uncle (864) 682-0089 | Angela Crawford mom |
| Health Ins. Info: | none | Family Phys Name none |
| Past Hospitalizations: | none | Family Phys City/State: |
| Last Tetanus: | 2016 | Immunizations Current: yes |
| Any Allergies: | NKA | Current Medications: yes |

Name current medical conditions/diagnoses you have:
One kidney

Have you fainted or had a head injury in the last 72 hours?
no

Have you been exposed to TB, HIV, Hepatitis, Ebola, Venereal Disease, or have you recently traveled to a foreign country?
no

## MENTAL HEALTH QUESTIONNAIRE

| Any Mental Health Hospitalizations (if yes, where/when): | |
|---|---|
| Any prior counseling/outpatient Mental Health Tx? (if yes, where/when) | no |
| Have you ever attempted Suicide: How/When? | no |
| Have you recently considered committing suicide? | no |
| Do people consider you a violent person? | no |
| Have you ever been arrested for a violent crime/sexual offense? Specify | no |
| Do you drink alcohol? If yes, what kind, how much, how often, last time used? | yes - violent |
| Do you smoke? If yes, how much, how often, last time used? | no |
| Do you use drugs? If yes, what kind, how much, how often, last time used? | yes - 1 ppd  yes - marijuana |
| Does inmate appear to be under the influence of, or withdrawing from drugs or alcohol? | no |

I will/have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc., its staff, the County, the Sheriff, Jailer, and his/her staff from all responsibility and I assume personal responsibility for conditions that may occur as a result of my not requesting services and/or refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

Inmate's Signature: _____

Interviewer's Signature: _____   Date: _____

Witness: (if physical is refused): _____   Date: 6-14-17

Date: _____

# MEDICAL HISTORY

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Balance/Dizziness | | ✓ | Stomach Pain | | ✓ | Gonorrhea | | ✓ |
| Blackouts | | ✓ | Heartburn | | ✓ | Syphilis | | ✓ |
| DT's/Withdrawal | | ✓ | Ulcer | | ✓ | Muscle Problem | | ✓ |
| Headaches | | ✓ | Nausea/Vomiting | | ✓ | Joint Problem | | ✓ |
| Seizures | | ✓ | Gall Bladder | | ✓ | Arthritis | | ✓ |
| Nervous Disorder | | ✓ | Liver | | ✓ | **FOR FEMALES ONLY:** | | |
| Asthma | | ✓ | Hepatitis | | ✓ | Regular Menstrual Period | | |
| Hay Fever | | ✓ | Diabetes | | ✓ | Irregular Menstrual Period | | |
| Pneumonia | | ✓ | Kidney Disease | | ✓ | # of days Menstrual Period | | |
| Tuberculosis | | ✓ | Bladder Infection | | ✓ | LMP | | |
| Heart | | ✓ | Trouble Voiding | | ✓ | Gravida/Para | | |
| Hypertension | ✓ | | Pediculi (lice) | | ✓ | Last Pap | | |
| Anemia /Blood | | ✓ | | | | Contraception | | |

| Height | Weight | Pulse | BP | Temp | Resp | O2 Sat |
|---|---|---|---|---|---|---|
| 5'7" | 90 lbs | 75 | 137/96 | 97.7 | 16 | 97% |

**MEDICAL STAFF QUESTIONNAIRE – Ask Patient if any problem areas:**

| Area/Type | ASSESSMENT NOTES | Area/Type | ASSESSMENT NOTES |
|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | Skin W/D/I | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | Lungs CTAB Resp ENL |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | glasses | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | Reg R+R |
| Neuro: Pupils, EOM, Orientation | A+o x 3 PERRLA | Extremities: Pulses, Edema, Joints | Ø edema noted |
| Ears: Appearance, Canals, Hearing | Ø issues per pt. | Spine | Ø issues per pt. |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | own teeth MM pink + moist | Abdomen: Shape, Palpation, Hernia, Bowel sounds | ⊕ B/S x 4 quads Reg BM |
| Nose | Ø issues per pt | Genital/Urinary: | Ø issues per pt. |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | Ø issues per pt. | | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| TB Screening Done? | | |
| VDRL / RPR | | |
| Pregnancy Test? | | |
| HGB A1C? | | |
| Drug Levels Drawn: ex. Lithium/Dilantin | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| General appearance (motor behavior, mannerisms): | | |
| Affect (mood) | | |
| Content of thought | | |
| History of suicide; present thoughts of suicide | | |

**PATIENT REFERRAL BASED ON INFO** (circle that apply): MD   DENTIST   MENTAL HEALTH

**CHRONIC CARE:** Based on H&P, is patient to be added to Chronic Care List: Y  or  N

Initial here after patient has been added to Chronic Care listing:_____

Physical Examiner's Signature:_____

Physician/Provider Signature:_____   Date:_____

Date:_____

SHP-Pendermon_000106



**Southern Health Partners**
Your Partner in Affordable Inmate Healthcare

# <u>PATIENT'S CONSENT FOR TREATMENT</u>

The undersigned, being in the custody of the County Jail, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the County Jail medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the County Jail medical department to evaluate and treat any condition that I may have or develop while in the custody of the County Jail. My signature below hereby authorizes other healthcare providers to provide medical information regarding my medical condition to the staff of Southern Health Partners while in the custody of the County Jail. This care may result in services being provided outside the County facility which may include but not be limited to hospitals, clinics and physicians' offices. Furthermore, my signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purposes of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

I have been made aware of how to request medical services while incarcerated, and am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and/or medications.

I release Southern Health Partners, Inc., its staff, the County, the Sheriff (where applicable), his/her staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

Patient's Signature: X_____  Date:_____

Printed Name:_____ Patient's DOB: _____

Witness:_____ (Officer/Medical Signature)

**Note:** *This completed form must be given to the medical department for inclusion in the patient's confidential medical file. Please provide a copy of this form, upon request, if patient is transported for outside medical services.*

SHP Form 12/06; Updated January 2015

SHP-Pendermon_000107

# Standard Medical Questions

**Name:** **PENDERMON, ANDRE SA'MONE (120959)**
**Date of Birth:** ~~[redacted]~~

Interviewer: JONES, TOM

Date / Time: 05/25/2017 16:16

| Yes | No | |
|-----|-----|---|
| ☐ | ☑ | HAVE YOU INGESTED DANGEROUS LEVELS OF DRUGS OR ALCOHOL? |
| ☐ | ☑ | HAVE YOU EVER EXPERIENCED DTS OR OTHER SERIOUS WITHDRAWAL FROM DRUGS OR ALCOHOL? |
| ☐ | ☑ | IS IT POSSIBLE THAT YOU WILL WITHDRAW DURING THIS INCARCERATION? |
| ☑ | ☐ | DO YOU HAVE A SERIOUS MEDICAL CONDITION THAT MAY REQUIRE ATTENTION WHILE YOU ARE HERE? **ONE KIDNEY** |
| ☐ | ☑ | DO YOU KNOW OR THINK THAT YOU MAY HAVE LICE, SCABIES, BED BUGS OR ANY OTHER ISSUE WE SHOULD KNOW ABOUT? |
| ☐ | ☑ | IF THE INMATE IS FEMALE. ARE YOU PREGNANT OR HAVE YOU RECENTLY DELIVERED? |
| ☐ | ☑ | DO YOU HAVE ANY PRESENT SUICIDAL THOUGHTS OR A PAST HISTORY OF ATTEMPTS? |
| ☐ | ☑ | HAVE YOU RECENTLY TAKEN OR BEEN PRESCRIBED MEDICATION FOR AN EMOTIONAL OR MENTAL HEALTH CONDITION? |
| ☐ | ☑ | HAVE YOU BEEN HOSPITALIZED FOR A EMOTIONAL OR MENTAL HEALTH CONDITION? |
| ☐ | ☑ | DO YOU HAVE AN EMOTIONAL OR MENTAL HEALTH CONDITON THAT MAY REQUIRE ATTENTION WHILE YOU ARE HERE? |
| ☐ | ☑ | ARE YOU CURRENTLY TAKING A PERSCRIPTION MEDICATION THAT MAY NEED CONTINUATION WHILE YOU ARE HERE? |
| ☐ | ☑ | ARE YOU ALLERGIC TO ANY FOODS OR MEDICATION ? |
| ☐ | ☑ | DO YOU HAVE A FAMILY DOCTOR ? |
| ☐ | ☑ | DO YOU HAVE MEDICAL INSURANCE ? |
| ☐ | ☑ | HAVE YOU EVER REQUIRED SEPARATION FROM ANOTHER INMATE WHILE INCARCERATED. |
| ☐ | ☑ | ARE YOU AWARE OF ANY REASON YOU SHOULD BE SEPARATED FROM ANOTHER INMATE NOW? |

_Detainee's Signature_

_Officer's Signature_

**PROGRESS NOTES**

| List Date/Time | Inmate's Name: (Last, First) | D.O.B.: | Allergies: |
|---|---|---|---|
| | | | |

| List Date/Time | Inmate's Name: (Last, First) | D.O.B.: | Allergies: |
|---|---|---|---|
| | | | |

Southern Health Partners, Inc.   **CONFIDENTIAL MEDICAL INFORMATION**   Please print legibly.   Effective: July 2016

SHP-Pendermon_000109

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Docusate 100mg PO qd | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Z-pack 1tab PO now & q PM til complete | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**FOR** November 2017 **THROUGH**

Physician

es  **NKA**

| Telephone No. | | Medical Record No |
|---|---|---|
| Alt. Telephone | | |
| Rehabilitative Potential | | |

osis

| Medicaid Number | Medicare Number | Complete Entries Checked |
|---|---|---|
| | | By: |

| SIDENT  Penderman, Andre | D.O.B.  2-2-88 | Sex  M | Room #  30 | Title: | Date: |
|---|---|---|---|---|---|

SHP-Penderman 000110