## AFFIDAVIT

The affiant, Tami Hounshell, after having been duly sworn, states:

1. I am Tami Hounshell.
2. I became the Medical Team Administrator at the Madison County Detention Center ("MCDC") on April 17, 2018.
3. As Medical Team Administrator at MCDC, I, in conjunction with the jail, schedule appointments for inmates with outside medical providers.
4. MCDC jail policy requires that, if an inmate has insurance, any outside appointments be billed to those insurers rather than to the MCDC.
5. The MCDC Advanced Practice Registered Nurse, referred Andre Pendermon for a non-emergent consultation with a gastroenterologist.
6. Andre Pendermon advised that he had insurance and requested a copy of the medical card from a family member.
7. I received Mr. Pendermon's insurance card on or about May 4, 2018.
8. I contacted numerous gastroenterologists in the region and none would accept his insurance because it was through the state of South Carolina.
9. Each of the gastroenterologists required that testing be done prior to making an appointment for Mr. Pendermon.
10. I advised Deputy Johnson that the providers were requiring testing and would not accept Mr. Pendermon's insurance.
11. Deputy Johnson asked if the testing was emergent and he was advised that it was not.
12. Deputy Johnson instructed me not to schedule the tests.

Tami Hounshell

Dated: Sept 5, 2019

STATE OF KENTUCKY )
                  )
COUNTY OF Ky      )

Subscribed, sworn to and acknowledged before me by Tami Hounshell, this 5TH day of September, 2019.

My Commission expires: July 25, 2020.

Jamie Wynn  560728
NOTARY PUBLIC

4826-0598-8003.v1

EXHIBIT 2

