# PROGRESS NOTES

**Inmate's Name (Last, First):** Pendermon, Andre
**Allergies:** NKDA

| List Date/Time | Notes |
|---|---|
| 2-27-ray | Pt w/3 h to see eye Dr. for vision changes + headaches. Headaches resolved with glasses. Pt will schedule appt. with Eye Dr. Pt will F/U with occasional blurring + HOL, sign Pink intro— |
| 5-4-18 | Received pt insurance Card in mail. Pt's insurance is state insurance out South Carolina. Medical has called numerous gastroenterologist & can not find one in Ky to take pt insurance. Medical has spoke with Deputy Johnson about this issue + he is checking to see if the Jail will cover without insurance. —J Hounsell LPN |
| 5/24/18 | This nurse was told to go ahead + make pt apt for his GERD. Medical called Dr Khan Ky Gastro & UK for appt. Each place wants gastro testes done before appt made. Medical told Deputy Johnson + was told he would check into this. —J Hounsell LPN |

CONFIDENTIAL MEDICAL INFORMATION  Please print legibly.

Effective: July 2016

Southern Health Partners, Inc.

SHP-Pendermon_000038

**EXHIBIT 3**