UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
CIVIL ACTION NO: 5:18-CV-495
*ELECTRONICALLY FILED*

**ANDRE PENDERMON**                                                  **PLAINTIFF**

v.

**TAMI HOUNSHELL**                                                  **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This matter having come before the Court on Motion for Summary Judgment of Defendant Tami Hounshell and the Court being otherwise sufficiently advised, it is hereby ordered that said motion is granted.

So ORDERED this _____ day of _____.

4846-4147-2932