UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| ANDRE PENDERMON | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 5:18-CV-495-CHB-MAS |
| TAMI HOUNSHELL, AKA NURSE TAMMY | ) | ORDER |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Andre Pendermon moved the Court for a "status check" and to remind the Court that he has changed his address. [DE 24]. Having not asked the Court for any relief, IT IS ORDERED that Pendermon's motion [DE 24] is DENIED AS MOOT. The Clerk shall serve a copy of this order and a copy of the docket to Pendermon at his new address.

Entered this 13th day of September, 2019.



Signed By:
Matthew A. Stinnett   MAS
United States Magistrate Judge