UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON

*Electronically Filed*

| | |
|---|---|
| ANDRE PENDERMON ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 5:18-cv-495-CHB-MAS |
| TAMI HOUNSHELL, ) | |
| A/K/A NURSE TAMMY ) | |
| ) | |
| Defendant ) | |

**PROPOSED STATUS REPORT**

Defendant, Tami Hounshell, a/k/a Nurse Tammy, (hereinafter referred to as "Nurse Hounshell"), in compliance with the Order dated October 10, 2020 [DN 36], tenders the following proposed status report:

The parties participated in a settlement conference with Magistrate Judge Stinnett on November 12, 2020 but were unable to resolve this matter.

The remaining issues include:

1. Is there any evidence to support a jury finding of deliberate indifference on the part of Defendant?

2. Does Plaintiff have any verifying medical evidence of injury?

3. In the absence of verifying medical evidence of injury, is Defendant entitled to judgment as a matter of law?

Plaintiff is currently incarcerated at the Montgomery County Detention Center and consultation with him about a joint status report within the ten days provided in the Order was

impractical. Given that, Defendant suggests that Plaintiff be given time to respond to this proposed report.

                              Respectfully submitted,

                              *s/Margaret Jane Brannon*
                              Margaret Jane Brannon
                              Jackson Kelly PLLC
                              175 East Main Street, Suite 500
                              Lexington, Kentucky 40507
                              (859) 255-9500
                              mjbrannon@jacksonkelly.com
                              *Counsel for Defendant Hounshell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and by U.S. Mail, postage pre-paid, to the following:

    Andre Pendermon
    20066
    Montgomery County Regional Jail
    751 Chenault Lane
    Inmate Mail/Parcels
    Mount Sterling, KY 40353

                              *s/Margaret Jane Brannon*
                              Margaret Jane Brannon
                              *Counsel for Defendant Tami Hounshell*