UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| ANDRE S. PENDERMON, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>TAMI HOUNSHELL )<br>a/k/a NURSE TAMMY, )<br> )<br>    Defendant. ) | Criminal Action No. 5:18-CV-495-CHB<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before this Court is Plaintiff's Motion to Add to Case [R. 45]. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Add to Case [**R. 45**] is **REFERRED** to Magistrate Judge Matthew A. Stinnett for disposition.

This the 12th day of March, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1