UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| ANDRE S. PENDERMON,<br><br>    Plaintiff,<br><br>v.<br><br>TAMI HOUNSHELL<br>a/k/a NURSE TAMMY,<br><br>    Defendant. | Civil Action No. 5:18-CV-495-CHB<br><br>**ORDER SCHEDULING PRETRIAL<br>CONFERENCE AND JURY TRIAL** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Court's Order [42], Defendant Tami Hounshell a/k/a Nurse Tammy has provided the Court with proposed dates in which she is not available for the Jury Trial to be scheduled [R. 43], to which the Plaintiff responded stating he had no objection to any of the dates provided by the Defendant [R. 44]. The Court will avoid those dates as stated by Defendant and schedule the Pretrial Conference and Jury Trial dates as follows. Accordingly, and the Court being otherwise sufficiently advised,

    **IT IS HEREBY ORDERED** as follows:

    1.    The Pretrial Conference is **SCHEDULED** for **Friday, January 14, 2022, at the hour of 10:00 a.m.,** at the United States Courthouse in **Lexington**, Kentucky. The Pretrial Conference shall be attended by all attorneys who will be trying the case, along with the parties and/or representatives.

    2.    The Jury Trial is **SCHEDULED** for **Tuesday, January 25, 2022, at the hour of 9:30 a.m.,** at the United States Courthouse in **Lexington**, Kentucky. Counsel shall be present by 9:00 a.m.

      3.      All deadlines and pretrial filings in the Court's Scheduling Order [R. 21] shall be relative to the new trial date.

      This the 15th day of March, 2021.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY