UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| ANDRE PENDERMON | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 5:18-CV-495-CHB-MAS |
| TAMI HOUNSHELL, AKA NURSE TAMMY | ) | ORDER |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Andre Pendermon ("Pendermon") has filed a Motion to Add to Case [DE 45] in which he "asks the Court to add Surgical Pathology Report to the Civil Action Case above. Plaintiff also asks the Court to provide deffendant [*sic*] with a copy of the Surgical Pathology Report." [DE 45 at Page ID # 408]. Pendermon attached a medical report from Lexington Clinic with the title "Surgical Pathology Report" as Exhibit 1 to his motion. [DE 45-1].

The Court cannot discern the exact nature of Pendermon's request for relief. To the extent Pendermon is moving for leave to amend his Complaint to add either a claim or a defendant, his motion must be denied for failure to conform to Fed. R. Civ. P. 15(a)(2) ("a party may amend its pleading only with the opposing party's written consent or the court's leave."). To the extent Pendermon is notifying the Court that Exhibit 1 to his motion will be an exhibit at trial or is otherwise providing discovery to the defendant, the Court must deny his motion as moot because it does not request any relief.

For these reasons, Pendermon's Motion to Add to Case [DE 45] is **DENIED**. If Pendermon seeks other relief from the Court, he may file a motion so requesting.

Entered this 16th day of March, 2021.



Signed By:
Matthew A. Stinnett    MAS
United States Magistrate Judge